IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Kansas

Ryan Cheatham
    Plaintiff.

v.

Tim Easley
    Defendants et al

5:25-cv-03241-JWL

## Motion For Status of Filing fee of $23.00.

Comes now Ryan Cheatham plaintiff in this matter and hereby request a status update on plaintiff's filing fee of $23.00, as plaintiff's account at the facility shows two deductions of $23.00 on December 7, 2025. Plaintiff requested unit-team Crawford email this proof to said clerk. Facility claims issues with system.

Respectfully Submitted

Ryan Cheatham