## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**RYAN CHRISTOPHER CHEATHAM,**

    **Plaintiff,**

    v.                              **CASE NO.  25-3241-JWL**

**TIM EASLEY, et al.,**

    **Defendants.**

### <u>ORDER</u>

Plaintiff filed this pro se civil rights action under 42 U.S.C. § 1983.  Plaintiff is incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas.  The Court granted Plaintiff leave to proceed in forma pauperis.  The Court assessed a $23.00 initial partial filing fee calculated under 28 U.S.C. § 1915(b)(1).  The initial partial fee was due by December 8, 2025, and has not been paid.  This matter is before the Court on Plaintiff's Motion for Status of Filing Fee of $23.00 (Doc. 8).

Plaintiff seeks an update on his initial partial filing fee, indicating that his account at the facility shows two deductions of $23.00 on December 7, 2025.  Plaintiff states that the facility "claims issues with system."  (Doc. 8, at 1.)  The Court grants Plaintiff's motion to the extent that the Court is advising Plaintiff that it has not received a payment toward the filing fee in this case.  However, the Court has been made of aware of the delays in processing payments due to a change in the KDOC's management system.  If Plaintiff believes that two $23.00 payments were deducted for the initial partial filing fee, he should address the duplicate deduction with the appropriate KDOC staff.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motion for Status of Filing Fee of $23.00 (Doc. 8) is **granted** to the extent that the Court notifies Plaintiff that it has

not received any payments toward the filing fee in this case and is aware of the current delays in KDOC payments.

**IT IS SO ORDERED**.

**Dated January 15, 2026, in Kansas City, Kansas.**

<u>**S/ John W. Lungstrum**</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**