## Names

| Name Type | Name |
|---|---|
| Conviction | CHEATHAM, RYAN CHRISTOPHER |
| True | CHEATHAM, RYAN CHRISTOPHE |
| Alias | CHEATHAM, RYAN CHRISTOPHE |
| Alias | CHEATHAM, RYAN CHRISTOPHER |
| Alias | CHEATHAM, RYAN C |

## Identification

| Athena # | OMIS # | SID Num | FBI Num |
|---|---|---|---|
| 2000064842 | 0096193 | 1316969 | 504825CD7 |

(/kasper/search/image?kdocNumber=0096193&imageNumber=1)

CHEATHAM, RYAN CHRISTOPHER

**Approx Picture Date**

2018-10-25

## Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | ████████ | 36 |

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Brown | Black | 6'-3" | 178 | Male | Black |

## Current Status reported by Dept. of Corrections

**Work or Program Participation** Not Working

**Earliest Possible Release Date (1)** Apr 19, 2030

**Current Status** Incarcerated

**Admission Date** Apr 01, 2024

**Current Location (2)** El Dorado CF-Central (http://www.doc.ks.gov/facilities/edcf)

**Custody Level** SPM Special Mgmt

(1) This date could be affected by a parole board decision or good time and/or program credit.
(2) Click on Location for the Facility web site.

EXHIBIT 1

# Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Leavenworth | 2015CR000258 | Apr 08, 2015 | Nov 20, 2015 | Attempted | Robbery | 1 | Non Drug-Grid Severity Level 7 | Inactive | KS |
| Leavenworth | 2009CR000904 | Aug 29, 2009 | Feb 25, 2011 | N/A | Sale/distribution/cultivation of opiates, opium, narcotic drugs or designated stimulants; 1st | 1 | Drug-grid Severity Level 3 | Inactive | KS |
| Leavenworth | 2007CR000793 | Dec 01, 2007 | Jun 02, 2008 | Attempted | Robbery | 1 | Non Drug-Grid Severity Level 7 | Inactive | KS |
| Leavenworth | 2022CR000222 | May 18, 2022 | Mar 27, 2024 | N/A | Voluntary Manslaughter; Quarrel and Just Force | 1 | Non Drug-Grid Severity Level 3 | Active | KS |
| Leavenworth | 2022CR000222 | May 18, 2022 | Mar 27, 2024 | Data Error | Criminal possess weapons; Convicted a person felony under law not in poss. of a firearm at the time of the commission of the offense, < 3 years have elapsed since satisfied sentence. | 1 | Non Drug-Grid Severity Level 8 | Active | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

# KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-Central | Sep 02, 2025 | Inter-Facility Movement |
| Larned Correctional Mental Health Facility | Mar 18, 2025 | Inter-Facility Movement |
| Lansing CF-Central | Jan 21, 2025 | Inter-Facility Movement |
| Larned Correctional Mental Health Facility | Jun 04, 2024 | Inter-Facility Movement |
| El Dorado CF-RDU | Apr 01, 2024 | New Court Commitment |
| Unknown or N/A | Oct 30, 2019 | Expiration Of Sentence |
| Leavenworth County | Oct 30, 2019 | Intra-parole/CR |
| Leavenworth County | Oct 30, 2019 | DOC War. Wthdrwn Supervsn I/S |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Leavenworth County | Mar 08, 2019 | DOC Warrant Issued |
| Leavenworth County | Feb 18, 2019 | DOC Warrant Issued |
| Leavenworth County | Feb 17, 2019 | Intra-parole/CR |
| Leavenworth County | Feb 12, 2019 | DOC War. Wthdrwn Supervsn I/S |
| Leavenworth County | Feb 07, 2019 | DOC Warrant Issued |
| Unknown or N/A | Feb 06, 2019 | Absconded |
| Leavenworth County | Oct 30, 2018 | In-State Post Release |
| Lansing CF-Central | Oct 25, 2018 | Inter-Facility Movement |
| Ellsworth CF | Sep 06, 2016 | Returned From Court Appearance |
| Missouri State | Aug 29, 2016 | Released For Court Appearance |
| Ellsworth CF | Mar 15, 2016 | Inter-Facility Movement |
| El Dorado CF-RDU | Jan 28, 2016 | Parole Viol. New Sentence |
| Leavenworth County | Apr 29, 2015 | DOC Warrant Issued |
| Leavenworth County | Apr 15, 2015 | Intra-parole/CR |
| Leavenworth County | Sep 17, 2014 | In-State Post Release |
| El Dorado CF-Central | Feb 18, 2014 | Returned From Court Appearance |
| Leavenworth County | Feb 11, 2014 | Released For Court Appearance |
| El Dorado CF-Central | Dec 12, 2013 | Returned From Court Appearance |
| Leavenworth County | Dec 05, 2013 | Released For Court Appearance |
| El Dorado CF-Central | Apr 12, 2011 | Returned From Court Appearance |
| Leavenworth County | Apr 05, 2011 | Released For Court Appearance |
| El Dorado CF-Central | Mar 08, 2011 | Returned From Court Appearance |
| Leavenworth County | Jan 18, 2011 | Released For Court Appearance |
| El Dorado CF-Central | Dec 02, 2010 | Returned From Court Appearance |
| Leavenworth County | Oct 28, 2010 | Released For Court Appearance |
| El Dorado CF-Central | Sep 14, 2010 | Returned From Court Appearance |
| Leavenworth County | Sep 07, 2010 | Released For Court Appearance |
| El Dorado CF-Central | Jul 30, 2010 | Inter-Facility Movement |
| El Dorado CF-RDU | Jul 26, 2010 | Inter-Facility Movement |
| El Dorado CF-Central | Jun 29, 2010 | Returned From Court Appearance |
| Leavenworth County | Jun 22, 2010 | Released For Court Appearance |
| El Dorado CF-Central | May 13, 2010 | Returned From Court Appearance |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Leavenworth County | May 06, 2010 | Released For Court Appearance |
| El Dorado CF-Central | Apr 06, 2010 | Returned From Court Appearance |
| Leavenworth County | Mar 30, 2010 | Released For Court Appearance |
| El Dorado CF-Central | Mar 10, 2010 | Inter-Facility Movement |
| El Dorado CF-RDU | Jan 19, 2010 | Probation Viol. No New Sent |

## Completed Programs

| Name | Completion Date |
|---|---|
| KDOC Career Readiness | Sep 04, 2024 |
| Intro to Cog | Feb 05, 2019 |
| SAP | Oct 15, 2018 |
| SAP | Apr 19, 2017 |
| Transitional Training - 1 yr. | Dec 23, 2010 |

## KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Aug 12, 2025 | 1 | Larned State Correctional Facility | Disobeying Orders |
| Aug 12, 2025 | 2 | Larned State Correctional Facility | Insub/Disrespect Officer/Other |
| Aug 06, 2025 | 1 | Larned State Correctional Facility | Battery |
| Jul 04, 2025 | 1 | Larned State Correctional Facility | Disobeying Orders |
| Jul 04, 2025 | 1 | Larned State Correctional Facility | Threaten or Intim Any Person |
| Jun 04, 2025 | 1 | Larned State Correctional Facility | Dangerous Contraband (weapon) |
| Jun 04, 2025 | 2 | Larned State Correctional Facility | Misuse of State Property |
| Jun 01, 2025 | 1 | Larned State Correctional Facility | Battery |
| Sep 08, 2024 | 1 | Larned State Correctional Facility | Bodily Waste |
| Sep 07, 2024 | 1 | Larned State Correctional Facility | Battery |
| Sep 07, 2024 | 1 | Larned State Correctional Facility | Bodily Waste |
| Sep 04, 2024 | 1 | Larned State Correctional Facility | Refused UA |
| Jun 02, 2024 | 1 | El Dorado Correctional Facility - Reception and Diagnostics Unit | Fighting |
| Jun 02, 2024 | 1 | El Dorado Correctional Facility - Reception and Diagnostics Unit | Disobeying Orders |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Oct 22, 2018 | 2 | Ellsworth Correctional Facility | Tattoos and Body Markings |
| Oct 19, 2018 | 1 | Ellsworth Correctional Facility | Dangerous Contraband (weapon) |
| Oct 19, 2018 | 2 | Ellsworth Correctional Facility | Gambling and Bookmaking |
| Oct 19, 2018 | 2 | Ellsworth Correctional Facility | Tattoos and Body Markings |
| Aug 07, 2018 | 1 | Ellsworth Correctional Facility | Dangerous Contraband (weapon) |
| Aug 07, 2018 | 2 | Ellsworth Correctional Facility | Tattoos and Body Markings |
| Jul 22, 2018 | 3 | Ellsworth Correctional Facility | Restr Area and Unauth Presence |
| Jul 21, 2018 | 2 | Ellsworth Correctional Facility | Insub/Disrespect Officer/Other |
| Apr 30, 2018 | 2 | Ellsworth Correctional Facility | Insub/Disrespect Officer/Other |
| Apr 30, 2018 | 1 | Ellsworth Correctional Facility | Misusing Meds |
| Apr 30, 2018 | 2 | Ellsworth Correctional Facility | Less Dangerous Contraband |
| Apr 30, 2018 | 1 | Ellsworth Correctional Facility | Interfering W/Official Duties |
| Apr 30, 2018 | 2 | Ellsworth Correctional Facility | Insub/Disrespect Officer/Other |
| Apr 27, 2018 | 1 | Ellsworth Correctional Facility | Fighting |
| Apr 26, 2018 | 2 | Ellsworth Correctional Facility | Restr Area/Unauth Presence |
| Mar 17, 2018 | 2 | Ellsworth Correctional Facility | Interf W/Cell Oper/Visibility |
| Mar 17, 2018 | 2 | Ellsworth Correctional Facility | Insub/Disrespect Officer/Other |
| Mar 08, 2018 | 2 | Ellsworth Correctional Facility | Unauthorized Dealing or Trade |
| Mar 04, 2018 | 2 | Ellsworth Correctional Facility | Unauthorized Dealing or Trade |
| Jan 16, 2018 | 1 | Ellsworth Correctional Facility | Use of Stimulants |
| Oct 05, 2017 | 1 | Ellsworth Correctional Facility | Violation of Published Orders |
| Sep 19, 2017 | 2 | Ellsworth Correctional Facility | Restr Area/Unauth Presence |
| Sep 13, 2017 | 1 | Ellsworth Correctional Facility | Violation of Published Orders |
| Aug 16, 2017 | 2 | Ellsworth Correctional Facility | Insub/Disrespect Officer/Other |
| Aug 16, 2017 | 3 | Ellsworth Correctional Facility | Restr Area and Unauth Presence |
| Jul 22, 2017 | 1 | Ellsworth Correctional Facility | UnAuthzd Use Inmate Telephone |
| Jul 08, 2017 | 3 | Ellsworth Correctional Facility | Answering Calls or Passes |
| Jun 21, 2017 | 3 | Ellsworth Correctional Facility | Restr Area/Unauthor Presence |
| May 12, 2017 | 1 | Ellsworth Correctional Facility | Being Drun,,Intox,Altered Con. |
| May 12, 2017 | 1 | Ellsworth Correctional Facility | Dangerous Contraband (weapon) |
| May 03, 2017 | 1 | Ellsworth Correctional Facility | Disobeying Orders |
| Apr 30, 2017 | 2 | Ellsworth Correctional Facility | Restr Area/Unauth Presence |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Apr 24, 2017 | 3 | Ellsworth Correctional Facility | Restr Area and Unauth Presence |
| Apr 17, 2017 | 2 | Ellsworth Correctional Facility | Less Dangerous Contraband |
| Apr 17, 2017 | 3 | Ellsworth Correctional Facility | Answering Calls or Passes |
| Mar 21, 2017 | 3 | Ellsworth Correctional Facility | Answering Calls or Passes |
| Feb 23, 2017 | 1 | Ellsworth Correctional Facility | Violation of Published Orders |
| Jan 16, 2017 | 2 | Ellsworth Correctional Facility | Regis. & Use of Pers. Property |
| Jan 15, 2017 | 2 | Ellsworth Correctional Facility | Posting Notices |
| Jan 03, 2017 | 2 | Ellsworth Correctional Facility | Violation of Published Orders |
| Jan 01, 2017 | 2 | Ellsworth Correctional Facility | Violation of Published Orders |
| Dec 29, 2016 | 1 | Ellsworth Correctional Facility | Being Drun,,Intox,Altered Con. |
| Dec 22, 2016 | 1 | Ellsworth Correctional Facility | Being Drun,,Intox,Altered Con. |
| Dec 06, 2016 | 3 | Ellsworth Correctional Facility | Restr Area/Unauthor Presence |
| Nov 12, 2016 | 2 | Ellsworth Correctional Facility | Unauthorized Dealing or Trade |
| Oct 08, 2016 | 1 | Ellsworth Correctional Facility | Disobeying Orders |
| Oct 08, 2016 | 2 | Ellsworth Correctional Facility | Insub/Disrespect Officer/Other |
| Oct 08, 2016 | 2 | Ellsworth Correctional Facility | Restriction |
| Oct 06, 2016 | 3 | Ellsworth Correctional Facility | Answering Calls or Passes |
| Oct 02, 2016 | 2 | Ellsworth Correctional Facility | Insub/Disrespect Officer/Other |
| Jun 29, 2016 | 3 | Ellsworth Correctional Facility | Restr Area and Unauth Presence |
| Jun 20, 2016 | 2 | Ellsworth Correctional Facility | Restriction |
| May 31, 2016 | 1 | Ellsworth Correctional Facility | Violation of Published Orders |
| May 31, 2016 | 2 | Ellsworth Correctional Facility | Disruptive Behavior |
| Apr 22, 2016 | 1 | Ellsworth Correctional Facility | Violation of Published Orders |
| Apr 17, 2016 | 1 | Ellsworth Correctional Facility | Interfering W/Official Duties |
| Apr 17, 2016 | 2 | Ellsworth Correctional Facility | Insub/Disrespect Officer/Other |
| Apr 17, 2016 | 2 | Ellsworth Correctional Facility | Disruptive Behavior |
| Mar 30, 2016 | 1 | Ellsworth Correctional Facility | Undue Familiarity |
| Mar 11, 2014 | 1 | El Dorado Correctional Facility - Central | Misusing Meds |
| Jun 19, 2013 | 1 | El Dorado Correctional Facility - Central | Violation of Published Orders |
| Jun 19, 2013 | 1 | El Dorado Correctional Facility - Central | Interfering W/Official Duties |
| Apr 18, 2013 | 1 | El Dorado Correctional Facility - Central | Threaten or Intim Any Person |
| Jul 15, 2011 | 2 | El Dorado Correctional Facility - Central | Restriction |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Jul 12, 2011 | 1 | El Dorado Correctional Facility - Central | Use of Stimulants |
| Jun 27, 2011 | 3 | El Dorado Correctional Facility - Central | Restr Area/Unauthor Presence |
| Jun 04, 2011 | 1 | El Dorado Correctional Facility - Central | Fighting |
| Jun 04, 2011 | 1 | El Dorado Correctional Facility - Central | Disobeying Orders |
| May 07, 2011 | 2 | El Dorado Correctional Facility - Central | Misuse of State Property |
| Mar 09, 2011 | 1 | El Dorado Correctional Facility - Central | Disobeying Orders |
| Jan 03, 2011 | 1 | El Dorado Correctional Facility - Central | Disobeying Orders |
| Jan 03, 2011 | 1 | El Dorado Correctional Facility - Central | Use of Stimulants |
| Dec 16, 2010 | 1 | El Dorado Correctional Facility - Central | Disobeying Orders |
| Dec 16, 2010 | 1 | El Dorado Correctional Facility - Central | UnAuthzd Use Inmate Telephone |
| Aug 06, 2010 | 3 | El Dorado Correctional Facility - Central | Restr Area/Unauthor Presence |
| Jul 16, 2010 | 3 | El Dorado Correctional Facility - Central | Restr Area/Unauthor Presence |
| May 16, 2010 | 2 | El Dorado Correctional Facility - Central | Taking W/O Permission |
| May 13, 2010 | 3 | El Dorado Correctional Facility - Central | Restr Area/Unauthor Presence |