# AFFIDAVIT

State of Kansas      )
                     )   ss:
County of Pawnee     )

I, James Graham, Major at the Larned State Correctional Facility (LSCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. My name is James Graham and I am the major at Larned State Correctional Facility (LSCF), located in Larned, Kansas. I have been employed by the State of Kansas Department of Corrections since December of 1991.

2. I understand that plaintiff inmate Ryan Cheatham has named me in his lawsuit regarding a use of force on July 4, 2025, because I authorized the use of force against him.

3. I did not authorize any use of force against Mr. Cheatham on that day. Warden Tim Easley was the person who authorized that particular use of force. Mr. Cheatham is mistaken.

4. Any actions I took or did not take regarding plaintiff Cheatham were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity.

FURTHER AFFIANT SAITH NOT!

_____
James Graham

Subscribed and sworn to before me this 20th day of January, 2026.

_____
Notary Public

NOTARY PUBLIC - State of Kansas
CARLA LILE
My Appt Expires 12-11-27

EXHIBIT 3