# AFFIDAVIT

**State of Kansas**      )
                                          )  ss:
**County of Pawnee**  )

I, Angie Lines, Corrections Supervisor II, at the Larned State Correctional Facility (LSCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. My name is Angie Lines and I am a Corrections Supervisor II at Larned State Correctional Facility (LSCF), located in Larned, Kansas. I have been employed by the State of Kansas Department of Corrections since May 16, 2011.

2. I understand that plaintiff inmate Ryan Cheatham has filed a lawsuit regarding a use of force against him on July 4, 2025.

3. I was assisting Captain Ronald Bieberle supervise LSCF from 6:00 a.m. until 2 p.m.. At the conclusion of each shift the person or persons supervising that shift prepare and publish a short report listing anything of significance during that shift. I have attached the report I prepared for July 4, 2025, labeled "Attachment A".

4. The report primarily regards Mr. Cheatham and recounts what transpired that morning.

5. When I became aware that morning that Mr. Cheatham was in the segregation exercise yard and was refusing to be restrained and to return to his living unit, I spoke with him from 7:33 a.m. until 7:44 a.m. to encourage him to cooperate. He declined to do so. I also talked with him again from 9:50 a.m. to 9:55 a.m. for the same purpose and with the same result. I was also aware that Captain Ronald Bieberle spoke with Mr. Cheatham from 8:39 a.m. until 8:45 a.m., also trying to convince Mr. Cheatham to submit to restraints and return to his living area. This was also unsuccessful.

6. When it became time for the actual use of force to begin I was present to operate the video camera and, as per policy with a planned use of force, make a video and audio record of the event, which I did.

7. Any actions I took or did not take regarding plaintiff Cheatham were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity.

EXHIBIT 5

FURTHER AFFIANT SAITH NOT!

_____
Angie Lines

Subscribed and sworn to before me this  22nd  day of January, 2026.

_____
Notary Public

NOTARY PUBLIC - State of Kansas
JOEL G. EAST
My Appt Expires 1-7-2030

**From:** Angie Lines [KDOC]
**Sent:** Friday, July 04, 2025 1:43 PM
**To:** KDOC_LCMHF_PASS_ON
**Subject:** 6-2 pass on

**Categories:** Tracked To Dynamics 365

# 0600-1400

# July 4, 2025

# CSIII Bieberle/CSII Lines

**Beginning count: 538**

**End count: 538**

**Crisis levels:**

- **Crisis level II- Cheatham, Ryan #96193**

**Moves:**

- **Inmate Brown, Thomas #65319 moved from COU-5 to E-25.**
- **Inmate Cheatham, Ryan #96193 moved from E-15 to COU-5.**

**A-1's: None**

**Notes:**

- **Inmate Cheatham #96193 refused to come in from segregation yard. He climbed on top of the dip bar and began removing the thin wire from the top of the segregation module and began wrapping his knuckles and placing the wire to where it was poking out. After numerous staff attempts failed to get inmate Cheatham to come inside a use of force team was activated. Pepper ball guns were utilized and inmate Cheatham agreed to be restrained after being struck with the pepper balls.**

1

ATTACHMENT A