# AFFIDAVIT

**State of Kansas** )
                     ) ss:
**County of Pawnee** )

I, Anthony Hopkins, Corrections Supervisor I, at the Larned State Correctional Facility (LSCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. My name is Anthony Hopkins and I am a Corrections Supervisor I at Larned State Correctional Facility (LSCF), located in Larned, Kansas. I have been employed by the State of Kansas Department of Corrections since January 2016.

2. I understand that plaintiff inmate Ryan Cheatham has named me in his lawsuit regarding a use of force on July 4, 2025.

3. I was assigned to the Cell Extraction Team assembled to remove Mr. Cheatham from the segregation exercise area and to return him to his living unit.

4. I was assigned to enter third and to control an arm of Mr. Cheatham. He had wire wrapped around his hand (s) as a weapon. A decision was made to use pepper ball guns instead of physical intervention and I was assigned to operate one of the guns.

5. After negotiations to have Mr. Cheatham voluntarily be restrained failed at 10:01 a.m., I discharged some rounds at his back and arms and stopped. We waited two minutes and then ordered Mr. Cheatham to allow himself to be restrained. He again refused and I discharged more rounds at his back and arms. At 10:05 a.m. he complied with the order and was restrained.

6. I deployed 55 pepper balls at Mr. Cheatham between 10:02 a.m. and 10:05 a.m. and returned 35 to the armory. I had stepped back from the fence to be sure he couldn't grab the barrel. The result was that a number of the pepper balls were striking the fence and exploding without striking Mr. Cheatham. I fired quite a few to be sure some of them got through. I did not do so to cause Mr. Cheatham any unnecessary discomfort, only to obtain compliance with the order to be restrained. The decision to use pepper balls to minimize risk of physical injury by members of the team seemed correct under the facts of this case.

7. Any actions I took or did not take regarding plaintiff Cheatham were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity.

EXHIBIT 6

FURTHER AFFIANT SAITH NOT!

_____
Anthony Hopkins

Subscribed and sworn to before me this 23rd day of January, 2026.

NOTARY PUBLIC - State of Kansas
JENNIFER WYMAN
My Appt Expires 12/1/2027

_____
Notary Public