# AFFIDAVIT

State of Kansas    )
                            ) ss:
County of Pawnee  )

I, Kim Converse, a Correctional Officer I, at the Larned State Correctional Facility (LSCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. My name is Kim Converse and I am a Correctional Officer I at Larned State Correctional Facility (LSCF), located in Larned, Kansas. I have been employed by the State of Kansas Department of Corrections since July 1995.

2. I understand that plaintiff inmate Ryan Cheatham filed a lawsuit complaining about the use of force conducted against him on July 4, 2025, after he refused to be restrained when he was in the segregation exercise yard and to return to his living unit..

3. I was directed to talk with Mr. Cheatham to encourage him to submit to restraints and voluntarily return to his living unit before a planned use of force occurred.

4. At 9:58 a.m. on July 4, 2025, I began speaking with Mr. Cheatham. He ignored me and was chanting. As I tried to convince him to submit to restraints, Mr. Cheatham ignored me, would not make eye contact and chanted louder. At 10:02 a.m. it was determined that the negotiation attempts had failed and I stepped away so that the use of force could proceed.

5. Any actions I took or did not take regarding plaintiff Cheatham were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity.

FURTHER AFFIANT SAITH NOT!

_Kim Converse_
Kim Converse

Subscribed and sworn to before me this 21st day of January, 2026.

_____
Notary Public

NOTARY PUBLIC - State of Kansas
COURTNIE SIMMONS
My Appt Expires 4/1/26

EXHIBIT 9