# AFFIDAVIT

**State of Kansas** )
                  ) ss:
**County of Pawnee** )

I, Tanner Lang, Corrections Supervisor I, at the Larned State Correctional Facility (LSCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. My name is Tanner Lang and I am a Corrections Supervisor I at Larned State Correctional Facility (LSCF), located in Larned, Kansas. I have been employed by the State of Kansas Department of Corrections since November 2006.

2. I understand that plaintiff inmate Ryan Cheatham has filed a lawsuit regarding a use of force on July 4, 2025, at LSCF.

3. I was assigned to the Cell Extraction Team assembled to remove Mr. Cheatham from the segregation exercise area. I was the number 2 team member and was responsible for controlling an arm of the inmate and for placing handcuffs on him. Because the decision was made at the briefing at 9:55 a.m. on July 4, 2025, to attempt to use the pepper ball gun instead of physically rushing into the cell, I was assigned to use one of the two pepper ball guns utilized.

4. Corrections Supervisor I Anthony Hopkins was assigned to use the other pepper ball gun.

5. After negotiations failed at 10:01 a.m. CSI Hopkins and I entered the wired enclosure next to Mr. Cheatham. Mr. Cheatham was again asked to allow himself to be restrained and he refused. I then fired 6 rounds to Mr. Cheatham's upper torso and arms. CSI Hopkins also discharged his gun toward Mr. Cheatham. We waited two minutes to allow the chemical to take effect and then ordered Mr. Cheatham again to cuff up, which order he refused. I discharged six more rounds into his upper torso and CSI Hopkins also fired his gun. After this second volley of pepper balls, Mr. Cheatham complied with the order and was restrained without further incident.

6. Mr. Cheatham was given a decontamination shower at 10:14 a.m. and was put in a segregation cell at 10:25 a.m. where he was examined by nursing staff, Nurse Williams. He had no apparent injures beyond bruising from the pepper balls.

7. I returned the unused pepper balls to the armory. I was issued 90 pepper balls and returned 78.

EXHIBIT 10

8. Any actions I took or did not take regarding plaintiff Cheatham were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity.

FURTHER AFFIANT SAITH NOT!

_____
Tanner Lang

Subscribed and sworn to before me this 26th day of January, 2026.

NOTARY PUBLIC - State of Kansas
CARLA LILE
My Appt Expires 12-11-27

_____
Carla Lile
Notary Public