# AFFIDAVIT

**State of Kansas**      )
                         )  ss:
**County of Pawnee**  )

I, Penny Riedel, Corrections Manager I, at the Larned State Correctional Facility (LSCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. I am a duly authorized custodian of records at the Kansas Department of Corrections ("KDOC").
2. I am the keeper of grievances and property claims filed at Larned Correctional State Facility ("LSCF"), among other records.
3. I searched the record for any grievances filed by Ryan Cheatham, inmate number 2000064842, regarding any complaints or injuries received from a use of force on July 2025. I found one grievance and no property claims from Mr. Cheatham for that time frame for such a complaint.
4. I discovered Grievance number IA-003461. It was initially sent directly to the KDOC central office in Topeka by Mr. Cheatham and was received by them on August 7, 2025. A Form 9 communication from Mr. Cheatham dated July 29, 2025, was also attached. A letter from Darcie Holthaus dated August 11, 2025, was sent to Warden Tim Easley with the original grievance and instructions.
5. This time frame was at the beginning of a statewide switch to a completely new system for grievance management besides many other functions. It appears this grievance was misplaced and not answered until I started looking for grievances regarding Mr. Cheatham's lawsuit in December of 2025. When it was discovered that the grievance had not been responded to, it was investigated and promptly responded to on December 31, 2025, and was assigned Grievance number IA-003461. I don't have any correspondence suggesting Mr. Cheatham has appealed this grievance response.
6. I work in the living units daily and had many interactions with Mr. Cheatham between August and December of 2025. Mr. Cheatham knows I handle grievances for the facility and I have answered a number of questions for Mr. Cheatham regarding other grievance issues. Mr. Cheatham never brought up any issue regarding Grievance number IA003461 nor any concern at all regarding the subject matter of his use of force complaint from the July 4, 2025, event.
7. Any actions I took or did not take regarding plaintiff Cheatham were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity.

EXHIBIT 11

FURTHER AFFIANT SAITH NOT!

_____
Penny Riddel

Subscribed and sworn to before me this 20th day of January, 2026.

NOTARY PUBLIC - State of Kansas
CARLA LILE
My Appt Expires 12-11-27

_____
Notary Public