# DISCIPLINARY REPORT

## Larned State Correctional Facility

| Case No. 25- 0545 | Date of Alleged Violation:  07/04/2025 | Time:  0750 | ☒A.M. ☐P.M. |
|---|---|---|---|
| Date This Report Written:  07/04/2025 | | Time:  1210 | ☐A.M. ☒P.M. |

| Name of Resident: | **CHEATHAM** | **Ryan** | | No.: 96193 |
|---|---|---|---|---|
| | LAST | FIRST | MI | |
| Duty Assignment: | E | | | Cell No.: E15 |

**Alleged Violation of Law or Rule** *(Identify by Code No., Short Title, and Class)*  44-12-304, Disobeying orders, Class I; 44-12-306, Threatening/ Intimidating, Class I; 44-12-318, ~~Disruptive behaviors, Class II.~~ *(M)*

**FACTS:**  On 7/4/25 at approximately 0748 hrs, it was time to start bringing segregation yard inside. I, COI Kim Converse, asked Resident Ryan Cheatham 96193 if he was going to be cooperative and return to his room. Resident Cheatham replied that he was not cooperating and had already wrapped his head and face to keep from getting OCS spray in his eyes. Everyone else was removed from yard and Cheatham still refused to come out of the yard. He had pulled wires off the fencing on the top of the cage and wrapped the wires around his fingers so he could be ready when the SORT members came in on him. A planned use of force was approved. SORT members were gathered and utilized. Cheatham was removed from segregation yard at 1009 hrs and escorted to COU. Resident Cheatham is charged with 44-12-304, Disobeying orders, Class I; 44-12-306, Threatening/ Intimidating, Class I; 44-12-318, Disruptive behaviors, Class II.

*Evidence Placed in Locker # 1.*

*"No Plea"*

(Attach Additional Sheet(s) if necessary)

| Staff Witnesses: | | | | *COI Converse (Signature)* | | K0000124681 |
|---|---|---|---|---|---|---|
| | Shift | Days Off | | | | Employee ID # |
| COI Hardesty | 6-2 | Sat/Sun | | COI Kim Converse | Shift / Days Off: | 6-2 / M-Tu |
| COII Heller | 6-2 | Tu/Wed | | Printed Name and Title of Employee Writing Report | | |
| | | | | *R R* | | |
| | | | | Approved by: (Shift Supervisor, Unit Team Manager & Title) | | |

I declare (or verify, certify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  **7/4/25**          Signature  *COI K Converse*

| I received a copy of this report on | **7/4/25** , **1257** | *Unable to sign per CL* |
|---|---|---|
| | Date      Time | (Resident Signature & No.) |
| I served a copy of this report on | **7/4/25** , **1257** | *C8I 7ou? g.* |
| | Date      Time | (Signature of Officer or Unit Team Manager & Title) |

Technical and clerical errors in the writing and/or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuant to K.A.R. 44-13-707. Harmless error; Plain error.

*Copy Given*

EXHIBIT  *12*

# DISPOSITION AND HEARING RECORD

| INMATE NAME & NO: | Cheatham, Ryan | # 96193 | 7/4/2025 |
|---|---|---|---|

| FACILITY: | | CASE NO: | 25-0545 | HEARING: DATE | 7/8/2025 |
|---|---|---|---|---|---|
| CHARGING | LSCF | | | TIME: | 1314 |
| HEARING | LSCF | | | | |

| Violation | Class | Amended Violation | Amended Class | Plea | | | Finding | | |
|---|---|---|---|---|---|---|---|---|---|
| 304 | 1 | | | ☑ G | ☐ N/G | ☐ NC | ☑ G | ☐ N/G | ☐ DISM. |
| Reason: *Resident Plea* | | | | | | | | | |
| 306 | 1 | | | ☑ G | ☐ N/G | ☐ NC | ☑ G | ☐ N/G | ☐ DISM. |
| Reason: *Resident Plea* | | | | | | | | | |
| | | | | ☐ G | ☐ N/G | ☐ NC | ☐ G | ☐ N/G | ☐ DISM. |
| Reason: | | | | | | | | | |
| | | | | ☐ G | ☐ N/G | ☐ NC | ☐ G | ☐ N/G | ☐ DISM. |
| Reason: | | | | | | | | | |
| | | | | ☐ G | ☐ N/G | ☐ NC | ☐ G | ☐ N/G | ☐ DISM. |
| Reason: | | | | | | | | | |

☐ Reporting Officer Sworn In / Affirmed      ☐ Testimony Read into the Record

**Staff Testimony / Cross Examination (Attach Testimony)**

☐ Inmate Sworn In / Affirmed

☐ Hearing held Inabsentia          Reason _____

Staff Assistant Assigned: _____

☐ Inmate Not Sworn In/Affirmed          Explain _____

_____

_____

**Inmate Testimony / Cross Examination (Attach Testimony)**

| INMATE NAME & NO: | Cheatham, Ryan | # 96193 | CASE NO: 25-0545 |

☐ Witness(es) Sworn In / Affirmed _____

ORIGINAL

_____

**Witness(es) Testimony / Cross Examination (Attach Testimony)**

**Closing Statement(s): (Attach Arguments)**

**If applicable include inmate's testimony / arguments on restitution**

Sanction(s): 30Y Clf - $15.⁰⁰ Fine CB 7/8/2025 - 7/22/25
306 CCL.F - 15 days, DS

Reason for Sanctions: Nature of Charges

Disposition of Evidence: Video

☑ Inmate advised of right to Appeal, Inmate Initial  RC

HEARING OFFICER SIGNATURE _(signature)_     DATE 7/8/2025

**FINAL ACTION BY FACILITY WARDEN:**

☑ APPROVED                                                    ☐ REDUCE TO SUMMARY JUDGMENT
☐ REINSTATE DISMISSED CHARGES; REMAND NEW HEARING    - restriction from privileges up to 10 days
☐ AMEND THE CHARGE                                           - fine not to exceed $10.00
☐ DISAPPROVE / DISMISS                                       - extra work w/o incentive pay for no
☐ REDUCE THE PENALTY                                    more  than 2 hrs/ day no more than 5 days
☐ SUSPEND ALL OR PART OF SENTENCE                      - work w/o incentive pay not to exceed 5 days
☐ REMAND NEW HEARING                                         - restitution not less than $3.00 or more than
☐ CLARIFICATION OF RECORD                                $20.00

Comments: _____     7-10-25

WARDEN/DESIGNEE SIGNATURE            DATE

I received a Copy of the Hearing Record and understand I have 15 days to Appeal this decision.

Served in seg                              7-14-25
INMATE SIGNATURE                           DATE

I served a copy of the Hearing Record

_(signature)_  CCII                          7-14-25
STAFF SIGNATURE                            DATE

Technical and clerical errors in the writing and/or processing of the Disciplinary Report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to prove. Pursuit to K.A.R 44-13-707. Harmless error; Plain error.

# DISPOSITION OF DISCIPLINARY CASE

| | | | |
|---|---|---|---|
| **OFFENDER NAME & NO:** | Cheatham, Ryan | 96193 | **CASE NO:** 25-0545 |

## Testimony:

Disciplinary hearing conducted on 7/8/2025     for the above offender charged with the following violation(s):

**304**             **306**

Explained charge(s), possible sanctions and the read the disciplinary report for the record. The offender acknowledges he does understand charge(s) and possible sanctions for the offense(s). The offender then entered a plea of:

☑ Guilty

☐ No Contest

Based on the perponderance of evidence within the written report and the offender's plea, I find the offender guilty for the charge(s) of:    **304**          **306**

Impose:

**304 Class I - $15.00 fine c/s // 306 Class I - 15 Days D/S c/s 7/8/2025 - 7/22/2025**

Hearing Officer Signature: _____      Date:    7/8/2025

Enter Inmate Number
Inmate Displayed .  0096193  A    CHEATHAM, RYAN, CHRISTOPHER
                                  KAR

| Sel | Violation Date | Year/Mn | Case # | F/U | CTN PC | Cls PDy | Sect Fine | Amt | ACS I/S | Plt SDy | Ver EPC | Dsp CCS |
|-----|----------------|---------|--------|-----|--------|---------|-----------|-----|---------|---------|---------|---------|
| _ | 07/04/2025 D | 2025-07 | 00545 | I A | 1 I | | 0304 | A | | | | |
| | | | | | 2 I | | 0306 | A | | | | |
| _ | 06/04/2025 D | 2025-06 | 00427 | I A | 1 I | | 0901 | | N | I | G | I |
| | Disciplinary Segregation | | | | 01 | 10 | | 0.00 | I | 0 | N | CS |
| | | | | | 2 II | | 0208 | | N | I | G | I |
| | Restitution | | | | 07 | 0 | | 250.00 | I | 0 | N | CS |
| _ | 06/01/2025 D | 2025-06 | 00415 | I A | 1 I | | 0324 | | N | G | G | I |
| | Disciplinary Segregation | | | | 01 | 10 | | 0.00 | I | 0 | N | CS |
| | Fine | | | | 06 | 0 | | 10.00 | S | 120 | N | |
| _ | 09/08/2024 D | 2024-09 | 00834 | I A | 1 I | | 0105 B | | N | I | G | I |
| | Fine | | | | 06 | 0 | | 5.00 | I | 0 | N | CS |
| _ | 09/07/2024 D | 2024-09 | 00827 | I A | 1 I | | 0324 | | N | I | G | I |
| | Disciplinary Segregation | | | | 01 | 15 | | 0.00 | I | 0 | N | CS |
| _ | 09/07/2024 D | 2024-09 | 00829 | I A | 1 I | | 0105 B | | N | I | G | I |

More...
F1-Help

F3=Exit     F4=Inmate Select     F5=Refresh     F12=Previous

```
 Enter Inmate Number
 Inmate Displayed .  0096193 A   CHEATHAM,RYAN,CHRISTOPHER
      Violation          Case           KAR
 Sel  Date      Year/Mn   #   F/U CTN Cls    Sect      ACS Plt Ver Dsp
                                   PC  PDy  Fine Amt.  I/S SDy   EPC CCS
 .................................................................................
           Fine                    06   0    5.00      I    0    N  CS
 _  09/04/2024 D 2024-09 00816 I A  1 I  0312 D         N   I   G   I
           Disciplinary Segregation 01  10   0.00       I    0    N  CS
 _  06/02/2024 D 2024-06 00012 C D  2 I  0301          N   G   G   I
           Disciplinary Segregation 01   5   0.00       I    0    N  CS
                                    1 I  0304 A         N   G   G   I
           Fine                    06   0    5.00      S  120   N
 _  10/22/2018 S 2018-10 01603 F A  1 II 0103          N   G   G   I
           Restriction from Privileges 05 10 0.00      I    0    N  CS
 _  10/19/2018 S 2018-10 01582 F A  1 II 0103          N   N   G   I
           Fine                    06   0   10.00      I    0    N  CS
 _  10/19/2018 D 2018-10 01584 F A  2 I  0901          N   G   G   I
           Fine                    06   0   20.00      I    0    N  CS
                                    1 II 0207          N   G   G   I
                                                              More...
 F3=Exit    F4=Inmate Select    F5=Refresh    F12=Previous         F1-Help
```

# Kansas
Department of Corrections

## Evidence Custody Receipt

Reporter's Location: Select location from list

Date & Time of Recovery: Select / Select /20 ___ : ___ Select

Location of Recovery: Cheatham, Ryan 96193 Segregation Yard

Disciplinary #: 25-0545   Incident Report #: ___   Arrest Report #: ___

Suspect #1: Cheatham ___ Ryan ___ 96193
Last Name / First Name / or Initial / KDOC or IDA

Suspect #2: ___
Last Name / First Name / or Initial / KDOC or IDA

Victim #1: ___
Last Name / First Name / or Initial / KDOC or IDA

☐ If additional suspects/victims are listed on Attachment C, please check the box.

| Item # | Quantity of Items | Evidence Description |
|---|---|---|
| 1. | (3) | Fence ties pulled from Restrictive Housing Yard Fence Resident Cheatham use to wrap around his knuckles |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐ If additional evidence is listed on Attachment A, please check the box.

Recovered By: Kim Converse ___ K. Converse CO1 ___ K000012468
Printed Name / Signature and Title / Employee ID#

Approved By: Rex Biehel ___ R. R. ___ K0000 45F57
Printed Name / Signature and Title / Employee ID#

## Chain of Evidence Custody

Evidence Room Location: ___

| Item # | From (Signature Required) | To (Signature Required) | Date/Time | Reason for Change |
|---|---|---|---|---|
| 1 | CO1 K Converse | Temporary Locker # 8 | 7-4-25 1800 | Transfer Evidence |
| 1 | Drei Locker | ___ Locker # 8 | 7/7/25 615 | Log / Seize |
|  |  |  |  |  |
|  |  |  |  |  |

Last updated 12/22/2015

☐ If additional chain of custody is listed on Attachment B, please check the box.



# Disciplinary Case Continuance Memo

**Memo To:**         Cheatham, Ryan          # 96193

**Memo From:**    Larned State Correctional Facility - Disciplinary Office

**Date:**          Monday, July 7, 2025

**Subject:**      Notice of Continuance of Disciplinary Case No.      25-0545

**Memo:**

This notice is being given in accordance with KAR 44-13-402 Continuing the hearing; recesses; time limits. This memorandum is to inform you that the above mentioned disciplinary case will be continued to a later date and time. You will be notified of the new hearing date and time in accordance with KAR 44-12-401.

_____         _____         _____
Offender Signature  Number                                    Date                                Time Served

_____         _____         _____
Hearing Officer Signature                                      Date                                Time Served

# CONTINUANCE/RECESS LOG

Offender
Name/Number:  | Cheatham, Ryan   # 96193 |   Case No:  | 25-0545 |

Facility:  | LSCF |

| Offender Request | Staff Request | Warden Extention | Date | 30 Day Review | Reason | Initial |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| ☐ | ☐ | ☐ | | ☐ | | ☐ |
| RECESS | | | | | | ☐ |
| RECESS | | | | | | ☐ |

## ACKNOWLEDGEMENTS / INMATE WAIVER OF RIGHTS

INMATE NAME/NUMBER: _____ **Cheatham, Ryan** _____     CASE NO: **25-0545**

### ACKNOWLEDGEMENTS

☑ I received a copy of the Disciplinary Report and was advised of the charge within 48 hours after issuance of the report.

☐ I submitted request for Witness Form within 48 hours after receipt of the Disciplinary Report.

☐ I received at least 24 hours notice of the time of the hearing.

☐ I was advised at the beginning of the hearing of the amount of restitution proposed and had opportunity to submit contrary evidence regarding value.

☑ I was advised as to the possible penalty involved with a plea or a finding of guilty.

### WAIVERS

☑ I Waive time limits or other procedure(s) as stated below:       **Inmate's Initials**
                                                                     *RC*

Time limits Waiver or other procedure(s): _____
_____

☑ I Waive reporting officer/reporting staff member testifying. Class I cases.   *RC*   **Inmate's Initials**

Inmate Signature: *[signature]*     No: **96193**     Date: *7-8-25*

Hearing Officer: *[signature]*                         Date: *7/8/2025*

PLEA OF: ☑ GUILTY    ☐ NO CONTEST BY INMATE

CASE # 25-0545

NAME: Cheatham, Ryan    NUMBER: 96193

HEARING DATE: 7/8/2025    HEARING OFFICER: _____

RULE VIOLATION(S): 304    306

**WAIVER:**

(To be read to inmate)
☒ YES  ☒ NO

Inmate's Initials

| ☒ | ☐ | 1. | Do you understand the charges against you? | RC |
| ☒ | ☐ | 2. | Do you understand the penalty or penalties the Hearing Officer may set for the rule violation(s) you are pleading to? (If answer is "NO", read the penalties for each violation from the rule book.) | RC |
| ☒ | ☐ | 3. | Do you understand that with your plea, that you may be able to appeal under limited circumstance per 44-13-703(d)(1)(2)(3)? | RC |
| ☒ | ☐ | 4. | Do you understand that with your plea, that you are waiving your right to a full hearing berfore a Hearing Officer? | RC |
| ☒ | ☐ | 5. | You waive your right to be confronted with the evidence against you? | RC |
| ☒ | ☐ | 6. | You waive your right to cross-examine the witness(es) against you? | RC |
| ☒ | ☐ | 7. | You waive your right to remain silent and to be presumed innocent until proven guilty by preponderance of the evidence? | RC |
| ☐ | ☒ | 8. | Have any promises, threats or inducements been made to you in exchange for your plea? | RC |

_____
Hearing Officer / Unit Manager Signature

7/8/2025
Date

_____  96193
Inmate Signature         Number

7-8-25
Date

## Altered State Sanctions

| Mandatory Sanction | 1st Offense 365-day period | 2nd Offense 365-day period | 3rd Offense 365-day period |
|---|---|---|---|
| Loss of private industry and facility job | 45 days | 90 days | 180 days |
| Suspend visitation to non-contact | 90 days | 180 days | 365 days |
| Restrictive Housing | 14 days | 30 days | 45 days |
| Loss of good time | NA | 30 days | 60 days |
| Special Event suspension | 30 days | 90 days | 180 days |
| **Optional Sanctions** | **1st Offense 365-day period** | **2nd Offense 365-day period** | **3rd Offense 365-day period** |
| Fundraiser/Fresh Favorites suspension | 30 | 90 days | 180 days |