Jon D. Graves, Legal Counsel, SC #10554
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
Telephone: (620) 625-7253
Jon.Graves@ks.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RYAN CHRISTOPER CHEATHAM )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIM EASLEY (LSCF WARDEN), )<br>(fnu) GRAHAM (LSCF MAJOR), )<br>(fnu) BIEBERLE (LSCF CAPTAIN), )<br>(fnu) COBB (LSCF CORRECTIONAL )<br>OFFICER), (fnu) HOPKINS )<br>(LSCF CORRECTIONAL OFFICER), )<br>and (fnu) FORD (LSCF )<br>CORRECTIONAL OFFICER) )<br>)<br>Defendants. )<br>_____ ) | Case No. 25-3241-JWL |

# EXHIBIT 13

## PLAINTIFF'S MEDICAL RECORD FROM JUNE 1, 2025, TO PRESENT (APPROXIMATELY DECEMBER 24, 2025)

### (Filed Conventionally and Under Seal)

EXHIBIT 13