# KANSAS DEPARTMENT OF CORRECTIONS
## USE OF FORCE REPORT

FACILITY/PAROLE REGION: __LSCF__　　LOCATION/UNIT: __Central / E Unit__　　FILE #: __2026-08-0001__

LOCATION OF INCIDENT: __Segregation Yard__

| NAME & NUMBER OF RESIDENTS/OFFENDERs INVOLVED | DATE OF INCIDENT 7/4/25 | TIME OF INCIDENT 0955 |
|---|---|---|
| **CHEATHAM, RYAN　#96193**<br># <br># <br># | DATE OF REPORT 7/4/25 | TIME OF REPORT 1051 |

**NAME & POSITION TITLE OF STAFF INVOLVED***
Odane Bernard, COII　　　~~Angie Lines, CSII~~ A
Tanner Lang, CSI　　　　Aaron Cobb CSI
Anthony Hopkins, CSI
Jacob Ford, CSI
Tyler Madewell, COI

*All staff involved in a use of force application must submit a narrative report.

**WEAPONS/MUNITIONS USED:** None ☐
☐ Firearms
☒ Chemical Agents
☐ K-9 Elements
☐ Electronic Control Devices
☐ Striking Instruments
☐ High Pressure Water
☐ Conducted Energy (Electrical) Weapon
☐ Impact Munitions
☐ Other (Describe) _____

**LEVEL OF FORCE USED**
☒ Less Lethal Force
☐ Deadly Force

☐ REACTIVE FORCE　　☒ **PLANNED FORCE
*Print name and title of person giving authorization:
__Tim Easley__　　　　__Warden__
　Name　　　　　　　　　Title

**DOCUMENTATION:**
**Video Tape Made:** ☒ Yes ☐ No　CCV Available? ☒ Yes ☐ No　Number of Recordings __1__
Printed Name & Title of person making/retrieving video recording(s):
- Name: __Angie Lines__　　　Title: __CSII__

Video recordings turned over to:
- Name: __Paul Cory__　　　Title: __SAS__

**Still Photographs Made?** ☒ Yes ☐ No　Total # of Photographs: __3__　Of Crime Scene: __0__　Of Injuries: __3__
Printed Name & Title of person taking photograph(s):
- Name: __Aaron Cobb__　　　Title: __CSI__

Printed Name & Title of person waiving the need for taking photographs:
- Name: __N/A__　　　Title: __N/A__

Photographs turned over to:
- Name: __Paul Cory__　　　Title: __SAS__

**OTHER REPORTS PREPARED** (Indicate number or type and attach a copy where appropriate.)
Number of Narrative Reports: 6

Restrictive Housing Reports ☐ Yes ☒ No　　Incident Reports of Staff Injuries ☐ Yes ☒ No
Disciplinary Reports ☒ Yes ☐ No

EXHIBIT __14__

# FORCED CELL TEAM MOVEMENT

Blitherd Wesobergh 0839-0845
Cobb Wesch-H 0832- 0744
Lines Wesch-H 0733- 0744

Report Number: 2026-08-0001

| | | | |
|---|---|---|---|
| Inmate | Cheatham, ~~Christopher~~ Ryan | KDOC # | 96193 |
| Date | 7-4-25 | Time | 0955 |
| From Cell | E-15 | To Cell | COU-5 |

**Describe Situation Created:** Resident refuses to come in from segregation yard, has extra clothing on, face covered with clothing and tore pieces of wire off fence and has ~~made~~ self made weapon threatening harm to staff.

| | |
|---|---|
| Name of R.N. evaluating the inmate's medical file: | RN Caroline Williams |
| Person authorizing involuntary meds, forced shower, etc.: | N/A |
| Use of Force and Movement Team authorized by: | Warden Tim Easley |
| Name of video camera operator: | CSI Angie Lines |

The Force Cell Team consists of the following officers:

| Officer | Rank | Team Member | Assignment |
|---|---|---|---|
| Bernard | COII | #1 | Shield / Control the inmate's head area. |
| Lans | CSI | #2 | Control the inmate's arm and be responsible for the handcuffs. |
| Hopkins | CSI | #3 | Control the inmate's arm. |
| Ford | CSI | #4 | Control the inmate's leg and be responsible for leg restraints. |
| Madewell | COII | #5 | Control the inmate's leg. |

Chronology of the incident:

| Time | Entry |
|---|---|
| 0955 | Team to E Unit / Recieved Briefing |
| 0957 | Arrive on E Unit |
| 0958 | Negotiations begin |
| 1001 | Negotiations failed |
| 1002 | Chemical Agents deployed, Refused |
| 1004 | Chemical Agents deployed |
| 1005 | Complied / Restrained |
| 1012 | Arrived at COU |
| 1014 | Clothing Removed / Decontamination Shower Temp Checked |
| 1015 | ~~Clothing~~ Placed in Shower & Searched |
| 1024 | Restrained / Removed from Shower / Assessed by Nurse |
| 1025 | Placed in COU 5 / Restraints Removed |

All reports are to be completed (with every space filled in) and turned in to the Force Cell Team OIC PRIOR to leaving the Mezzanine.

Reports are to be signed with:
> Full name (NO INITIALS)
> Title & Rank
> State ID number

_[signature]_ CSI
Forced Cell Team OIC Signature

Date 7/4/25

Aaron Cobb
Printed Name

K000194916
State ID Number

Shift Office/Use of Force Forms Revised 8/1/14

**REASON FOR USE OF FORCE**
Cheatham, Ryan #96193 refused to come in from segregation yard after multiple attempts to get him to do so. At 0957 hours COI Kim Converse attempts negotiations with Resident Cheatham. Negotiations Failed at 1001 hours

**DESCRIPTION OF THE APPLICATION OF FORCE**
On 7/4/25 at approximately 0740 hours Cheatham, Ryan #96193 refused to comply with being restrained and removed from segregation yard. After multiple attemps to gain compliance, Cheatham continued to not follow directives. A planned use of force was authorized by warden Tim Easley. At approximately 0955 hours the team received briefing and prepared gear and less leathal impact munitions. At 0957 the team arrived on Eunit and negotions began by COI Kim Converse. Negotions failed at approximately 1001. Cheatham was given the directive to comply with being restrained, but refused to do so. CSI Anthony Hopkins and CSI Tanner Lang the proceeded to deploy the first volly of pepperballs at 1002 hours. At 1004, another opportunity was given to Cheatham to comply with being restrained. Again he refused. Chemical agents were again deployed by CSI Hopkins and CSI Lang. Compliance was gained at 1005 and wrist and ankle restraints were applied before moving Cheatham to COU where his clothing was cut offf and he was given a decontamination shower for approximately ten minutes. Cheatham was then assessed by nurse Caroline Williams and pictures of any visible injuries were taken by myself, Aaron Cobb CSI, of Cheatham. At 1025, Cheatham was placed in cell COU-5 with a security gown and security blanket. The Use of Force was complete at that time, 1025 hours with no injuries to report from the team or Cheatham.

**IDENTIFY INJURIES / TREATMENT & TIME of TREATMENT / NAME & TITLE OF HEALTHCARE STAFF***
Cheatham, Ryan #96193 received medical assessment by RN Caroline Williams at 1024 hours. No injuries were treated at that time. No staff reported any injuries at that time as well. Resident refused medical treatment to RN Williams at 10:24 hours stating, "I'm good Ms. Williams, I'm good".

*Medical reports of any injuries to staff or offenders/residents and are to be made a part of the Use of Force file.

**LIST ALL WITNESSES (specify staff or offender/resident)***
N/A

*All staff witnessing a use of force application are to submit a narrative report.

**OTHER EVIDENCE (if yes, describe and specify where it is secured)**
Photos of pepperball markings on Cheatham were taken.

**ADDITIONAL COMMENTS:**
Cheatham, Ryan #96193 did not request any medical treatment at the time of his assessment.

**Shift Supervisor/Assistant Shift Supervisor Comments:** Upon notified by COI Hardesty that resident Cheatham refusing to return from yard and threatening to harm staff CSII Lines Negotiated with Resident from 0733-0744 hrs, again from 0750-0755 hrs. CSIII Bieberh attempted to have resident return to unit from 0839-0845 hrs & CSI Cobb from 0832-0850. Resident left in yard for an addl hour to (cont. on back)

| Officer/Staff Member Filing Report: | | | |
|---|---|---|---|
| Aaron Cobb, CSI | K0000194916 | [signature] CSI | 7/4/25 |
| Printed Full Name | Employee No. | Signature | Date |
| Name of Shift Supervisor: | | | |
| Ron Bieberk | K00000 49857 | [signature] | 7-4-25 |
| Printed Full Name | Employee No. | Signature | Date |

2026-08-0001
Cont'd from Page 2

AAR. Discuss positive results and multiple staff negotiating and staff remaining patient. Work to improve amount of pepper balls used for force.

# Larned State Correctional Facility
## NARRATIVE REPORT

Page 1 of 1

**TO:** Shift Office  
**Date:** 7/4/25

**FROM:** COI Kim Converse  
**Report #** 2026 - 08 - 0001

**SUBJECT:** Resident Cheatham, Ryan #96193

Who was involved: Provide names of Victim(s) - V, Perpetrator(s) - P, Witness(es) - W. Also indicate Employee(s) - E, or Resident(s) - R. Be sure to use FULL NAME for all entries.

| Full Name | Resident # | V, P, W | E / R | Full Name | Resident # | V, P, W | E / R |
|---|---|---|---|---|---|---|---|
| Cheatham, Ryan | 96193 | P | R | CSI Tanner Lang | | W | E |
| COI Kim Converse | | W | E | CSI Anthony Hopkins | | W | E |
| CSI Aaron Cobb | | W | E | CSI Jacob Ford | | W | E |
| COII Bernard Odam | | W | E | COI Tyler Mackwell | | W | E |

Check appropriate box(es) below:

☐ Supplement to Incident Report  
☒ Supplement to Use of Force Report  
☐ Supplement to Disciplinary Report  

☐ Information - <u>Response requested</u>  
☐ Information - <u>NO response requested</u>

On 7/4/25 Resident Cheatham, Ryan 96193 refused to return from segregation yard. A planned use of force was approved. I, COI Kim Converse, was utilized as negotiator. At 0958 hrs, I talked with Cheatham and offered him to handcuff up and return inside without having a use of force being used. Cheatham ignored me and was chanting. I tried to talk with him more and he would continue to chant louder and ignore me, also refusing to make eye contact. Negotiations failed at approximately 1002 hrs. SORT team took over and I stepped away.

*(Attach additional pages as needed)*

**State ID #:** K0000124681

☐ Warden/DW  ☐ MH  
☐ I&I  ☐ Food Serv  ☐ Maintenance  
☐ UTM  ☐ E ☐ F1 ☐ F2 ☐ F3 ☐ F4 ☐ South Unit  
☐ Class Administrator  Other:

Signature: COI K. Converse  
Printed Name: COI Kim Converse

**Supervisory Action Taken:** Reviewed

Supervisor's Signature: P. B_____ CSII

Shift Office/Forms/Reports 7/02 Revised 08/05/21

# Larned State Correctional Facility
## NARRATIVE REPORT

Page 1 of 1

**TO:** Shift Office  
**Date:** 7-4-25

**FROM:** COII Bernard, Odane  
**Report #** 2026 - 18 - 0001

**SUBJECT:** Use of Force

Who was involved: Provide names of Victim(s) - V, Perpetrator(s) - P, Witness(es) - W. Also indicate Employee(s) - E, or Resident(s) - R. Be sure to use FULL NAME for all entries.

| Full Name | Resident # | V,P,W | E/R | Full Name | Resident # | V,P,W | E/R |
|---|---|---|---|---|---|---|---|
| Cheatham, Ryan | 96193 | | R | CSI Ford, Jacob | | | E |
| COII Bernard, Odane | | | E | COI Madewell, Tyler | | | E |
| CSI Lang, Tanner | | | E | ~~RN William, Caroline~~ | W | | ~~E~~ |
| CSI Hopkins, Anthony | | | E | CSI Cobb, Aaron | | | E |

*Check appropriate box(es) below:*

☐ Supplement to Incident Report  
☒ Supplement to Use of Force Report  
☐ Supplement to Disciplinary Report  

☐ Information - <u>Response requested</u>  
☐ Information - <u>NO response requested</u>

On 7-4-25 at 0955 I COII Bernard, Odane placed on a planed use of force on Inmate Cheatham, Ryan #96193.I applied wrist restraints and assisted on escorting inmate Cheatham from E-unit segregation yard to COU for decontamination shower and for nursing assessment inmate was placed in COU-5 ISO end of report

*(Attach additional pages as needed)*

**State ID #:** K0000243698

Signature: Bernard, Odane

☐ Warden/DW ☐ MH  
☐ I&I ☐ Food Serv ☐ Maintenance  
☐ UTM ☒ E ☐ F1 ☐ F2 ☐ F3 ☐ F4 ☐ South Unit  
☐ Class Administrator  Other:  

Printed Name: Bernard, Odane

**Supervisory Action Taken:** _____

Supervisor's Signature

# Larned State Correctional Facility
## NARRATIVE REPORT

Page 1 of 1

**TO:** CSIII Bieberle, Ron

**Date:** 7-4-25

**FROM:** CSI Lang, Tanner

**Report #** 2026 - 08 - 0001

**SUBJECT:** Use of force on Resident Cheatam, Ryan #96193

Who was involved: Provide names of Victim(s) - V, Perpetrator(s) - P, Witness(es) - W. Also indicate Employee(s) - E, or Resident(s) - R. Be sure to use FULL NAME for all entries.

| Full Name | Resident # | V, P, W | E / R | Full Name | Resident # | V, P, W | E / R |
|---|---|---|---|---|---|---|---|
| Cheatam, Ryan | 96193 | P | R | CSI Lang, Tanner | NA | W | E |
| COII Bernard, Odane | NA | W | E | CSI Hopkins, Anthony | NA | W | E |
| CSI Ford, Jacob | NA | W | E | COI Madwell, Tyler | NA | W | E |
| CSI Cobb, Aaron | | W | E | | | | |

Check appropriate box(es) below:

- [ ] Supplement to Incident Report
- [x] Supplement to Use of Force Report
- [ ] Supplement to Disciplinary Report
- [ ] Information - Response requested
- [x] Information - NO response requested

On 7-4-25 I CSI Lang, Tanner was called to a use of force team on resident Cheatam, Ryan #96193. At 0955 hours I received briefing with the team leader and was assigned as #2 man and use of the pepper ball gun. At 1001 the negotiations failed and me and CSI Hopkins, Anthony entered the seg yard cell next to the cell Cheatem was in and gave him one more command to comply and be restrained. Cheatam refused and I deployed 6 rounds to Cheatam's torso and upper arms. We then waited another 2 minutes and gave orders again for Cheatam to comply, he refused so I deployed another 6 rounds to the upper torso and at that time Cheatam complied to be restrained and taken to the COU. At 1014 Cheatam was placed in the decontamination shower and at 1025 was placed in cell COU-5. I returned a total of 78 pepper balls to central with 12 being deployed, I have no injuries to report at this time.

*(Attach additional pages as needed)*

**State ID #:** K0000202745

- [ ] Warden/DW
- [ ] I&I
- [ ] UTM
- [ ] Class Administrator
- [ ] MH
- [ ] Food Serv
- [ ] E  [ ] F1  [ ] F2  [ ] F3  [ ] F4  [ ] South Unit
- Other:
- [ ] Maintenance

Signature
CSI Lang, Tanner
Printed Name

**Supervisory Action Taken:** _____

Supervisor's Signature

Shift Office/Forms/Reports 7/02 Revised 08/05/21

# Larned State Correctional Facility
## NARRATIVE REPORT

Page 1 of 1

**TO:** Shift Office  
**Date:** 7/4/2025

**FROM:** CSI Hopkins, Anthony  
**Report #** 2026 - 08 - 0001

**SUBJECT:** Planned Use Of Force

Who was involved: Provide names of Victim(s) - V, Perpetrator(s) - P, Witness(es) - W. Also indicate Employee(s) - E, or Resident(s) - R. Be sure to use FULL NAME for all entries.

| Full Name | Resident # | V, P, W | E/R | Full Name | Resident # | V, P, W | E/R |
|---|---|---|---|---|---|---|---|
| Cheatam, Ryan | 96193 | P | R | COII Bernard, Odam | | W | E |
| CSI Hopkins, Anthony | | W | E | COI Madewell, Tyler | | W | E |
| CSI Lang, Tanner | | W | E | | | | |
| CSI Ford, Jacob | | W | E | | | | |

*Check appropriate box(es) below:*

- [ ] Supplement to Incident Report
- [x] Supplement to Use of Force Report
- [ ] Supplement to Disciplinary Report
- [ ] Information - Response requested
- [ ] Information - NO response requested

On 7/4/2025 approximately 1002 I CSI Hopkins introduced Chemical Agents an orders to cuff up to Inmate Cheatam, Ryan #96193 that was refusing orders to cuff up. I CSI Hopkins stopped introducing Chemical Agents to Inmate Cheatam around 1005 when inmate Cheatam complied to orders an cuffed up. I then helped escort Cheatam to COU to be deconned and placed in his cell in the COU. I CSI Hopkins deployed 55 pepper balls and returned 35 pepper balls to Central. I CSI Hopkins have no injuries to report at this time.

*(Attach additional pages as needed)*

**State ID #:** K0000228424

- [ ] Warden/DW
- [ ] MH
- [ ] I&I
- [ ] Food Serv
- [ ] Maintenance
- [ ] UTM
- [x] E  [ ] F1  [ ] F2  [ ] F3  [ ] F4  [ ] South Unit
- [ ] Class Administrator  Other:

Signature  
Hopkins, Anthony  
Printed Name

**Supervisory Action Taken:** _____

Supervisor's Signature

Shift Office/Forms/Reports 7/02 Revised 08/05/21

| Larned State Correctional Facility |
| NARRATIVE REPORT |

Page 1 of 1

**TO:** Shift Office  
**FROM:** CSI Ford, Jacob D. Sr.  
**SUBJECT:** Use of Force  

**Date:** 7/4/2025  
**Report #** 2026 - 08 -0001

Who was involved: Provide names of Victim(s) - V, Perpetrator(s) - P, Witness(es) - W. Also indicate Employee(s) - E, or Resident(s) - R. Be sure to use FULL NAME for all entries.

| Full Name | Resident # | V,P,W | E/R | Full Name | Resident # | V,P,W | E/R |
|---|---|---|---|---|---|---|---|
| Cheatam, Ryan | 96193 | P | R | CSI Ford, Jacob | | W | E |
| COII Bernard, Odane | | W | E | COI Madewell, Tyler | | W | E |
| CSI Lang, Tanner | | W | E | CSI Cobb, Aaron | | W | E |
| CSI Hopkins, Anthony | | W | E | CSI Lines, Angie | | W | E |

Check appropriate box(es) below:

☐ Supplement to Incident Report  
☒ Supplement to Use of Force Report  
☐ Supplement to Disciplinary Report  

☐ Information - Response requested  
☐ Information - NO response requested  

On 7-4-2025 I CSI Ford, Jacob was called to the Sort Room for a planned use of force involving inmate Cheatam, Ryan #96193. Inmate Cheatam was refusing to return to his cell assignment from the Segregation Yard. We arrived at 0957 to E-Unit. Negotiations failed at 1001 hours. Chemical Agents were deployed at 1002 and 1004 hours due to refusal to be restrained. 1005 Hours inmate Cheatam finally complied and backed up to the port of the Segregation yard. I assisted in restraining Inmate Cheatam at the segregation yard module with COII Bernard, Odane and removing him then applying leg restraints. I then assisted in escort to the COU. Upon arrival at the COU the temperature of the water was turned to cold for decontamination shower. His shirt was cut and removed from his body due to noncompliance in the yard area wrist restraints were not removed. I CSI Ford then guided inmate Cheatam to the water while holding his left arm. I then removed leg restraints and his lower garments including sweatpants, grey shorts, and boxer briefs. I then waited for him to finish his decontamination shower and assisted in removal from decontamination shower. Inmate Cheatam was assessed by RN Williams, C. at 1024 hours and cleared for CL Placement in COU5. I then held restraints while COII Bernard removed them from inmate Cheatams wrists. The restraint port was secured. End Of Report.

(Attach additional pages as needed)

**State ID #:** K0000216235

☐ Warden/DW ☐ MH  
☐ I&I ☐ Food Serv ☐ Maintenance  
☐ UTM ☒ E ☐ F1 ☐ F2 ☐ F3 ☐ F4 ☐ South Unit  
☐ Class Administrator Other: COU  

Signature: CSI Ford, Jacob  
Printed Name: CSI Ford, J.

**Supervisory Action Taken:** N/A

Supervisor's Signature

# Larned State Correctional Facility
## NARRATIVE REPORT

Page 1 of 1

**TO:** Shift Office

**Date:** 07/04/2025

**FROM:** COI Madewell, Tyler

**Report #** 2026 - 08 - 0081

**SUBJECT:** Narative for Use of Force on Cheatham, Ryan # 96193

Who was involved: Provide names of Victim(s) - V, Perpetrator(s) - P, Witness(es) - W. Also indicate Employee(s) - E, or Resident(s) - R. Be sure to use FULL NAME for all entries.

| Full Name | Resident # | V, P, W | E / R | Full Name | Resident # | V, P, W | E / R |
|---|---|---|---|---|---|---|---|
| Cheatham, Ryan | 96153 | P | R | Ford, Jacob CSI | | W | E |
| Bernard, Odane COII | | W | E | Madewell, Tyler COI | | W | E |
| Lang, Tanner CSI | | W | E | Cobb, Aaron CSI | | W | E |
| Hopkins, Anthony CSI | | W | E | Converse, kimberly COI | | W | E |

*Check appropriate box(es) below:*

- [ ] Supplement to Incident Report
- [x] Supplement to Use of Force Report
- [ ] Supplement to Disciplinary Report
- [ ] Information - Response requested
- [ ] Information - NO response requested

At approximately 0957 I COI Madewell, Tyler along with the use of force team entered E-unit and were placed on standby for negotiations to take place with Cheatham, Ryan #96153. After negotiations failed chemical agents were then used at 1002 hours and delivered by pepperball launchers operated by CSI Hopkins, Anthony and CSI Lang, Tanner. Cheatham refused to be restrained. At 1004 hours chemical agents were deployed a second time by pepperball launchers operated by Hopkins and Lang. At 1005 hours Cheatham made his way to the entry of the seg yard module to be restrained by COII Bernard, Odane and CSI Ford, Jacob. Once cheatham was removed from the module CSI Ford then placed leg irons on Cheatham. Cheatham was escorted by COII Bernard, CSI Ford, and myself COI Madewell as a third escort officer to the COU, we arrived in COU at 1012 hours. at 1014 hours clothing was removed from cheatham's face by myself COI Madewell and COII Bernard, while CSI Ford and CSI Lang removed his shirt by cutting it off of Cheatham who was then able to receive a decontamination shower. At 1024 Cheatham was restrained and removed from the shower to be assesed by nursing. Cheatham was then placed in COU 5, the door to COU 5 was closed, restraints were then removed by CSI Lang through the security wicket. End of Report.

*(Attach additional pages as needed)*

- [ ] Warden/DW
- [ ] I&I
- [ ] UTM
- [ ] Class Administrator
- [ ] MH
- [ ] Food Serv
- [x] E  [ ] F1  [ ] F2  [ ] F3  [ ] F4  [ ] South Unit
- Other:
- [ ] Maintenance

**State ID #:** K0000236444

Signature

COI Madewell, Tyler
Printed Name

**Supervisory Action Taken:** _____

Supervisor's Signature

2026-08-0001



### KDOC Adult Facilities
### Larned - Central

PATIENT: RYAN CHEATHAM
DATE OF BIRTH: 04/08/1989
DATE: 07/04/2025 08:16 AM
DOC#: 96193
VISIT TYPE: Nurse Visit

## Nurse Visit

Reason for visit: Emergency Response

Statement of complaint (in patient's words): Per report, pt refused to leave segregation yard run and was threatening to harm security staff with metal ties from run. UOF initiated and pepper balls deployed on pt after verbal interventions failed. Pt seen in COU after decontamination shower.

## Vital Signs

**Height**

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 10:49 AM | 6.0 | 2.00 | 187.96 | 04/08/2024 | 0 |

**Weight/BSA/BMI**

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 10:49 AM | 171.00 | | 77.564 | | 21.95 | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 10:49 AM | 132/83 | sitting | left | Arm | automatic | adult large |

**Temperature/Pulse/Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min |
|---|---|---|---|---|---|---|
| 10:49 AM | 98.00 | 36.67 | | 86 | regular | 18 |

**Pulse Oximetry/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 10:49 AM | 97 | | RA | | | | | | |

**Measured By**

| Time | Measured by |
|---|---|
| 10:49 AM | Caroline Williams, RN |

**Nurse Protocols:**

**Post Use of Force (K/C)**
Subjective:
Use of force date: 7/4/25
Time of Incident: 9:57 AM
Pre-custody use of force: No
In-custody use of force: Yes
Pepper spray: No
Expandable baton: No
Impact munitions (beanbag rounds, etc.): Yes
K-9 injury: No
Taser: No
Stun gun: No
Cell extraction: Yes
Custody takedown: No
Associated Factors:
Pain: No
Vomiting: No
Burning eyes: Yes
Burning skin: Yes
Loss of consciousness: No
Cough: Yes
Shortness of Breath: No
Runny nose: Yes
Bruising: Yes
Additional Comments: Pt stated "I'm good Ms. Williams, I'm good." Denied any issues, problems or concerns at this time.

**Objective:**
Eyes:
Red
PERRLA
Nose:
Runny
Respiratory:
Cough
Lung sounds:
Clear
Bilateral
Skin:
Red
Behavior:
Calm

Extremities:
Gait
Describe: Gait steady and even.
Additional Comments: Pt joking and laughing with staff about incident. Noted several areas of circular bruising from pepper balls deployed. Pt denied any pain or discomfort at this time.

**Assessment:**
Nursing Diagnosis:
Alteration in comfort
Related to: UOF

**Plan:**
Level: Urgent
Practitioner contact required due to:
Describe: Pepper ball deployment for cell extraction
Other:
Contact mental health practitioner for behavioral issues
MH Practitioner contacted: (name and time): Dr. Okeke 10:41 AM
Contacted Practitioner: (name and time): Dr. Stepke 10:28 AM - cleared medically
Reviewed with Practitioner: MAR
Reviewed with Practitioner: Medical record
Practitioner orders received
Read back practitioner orders
Disposition:
Describe: TORB: Dr. Okeke/C. Williams RN: Placed on Intermittent Suicide Observation, see property sheet for allowables.
Other:
Comments/Orders: L. Stanley notified at 10:31 AM.
Continuity of Care:
Eye irrigation
Shower
Patient Education:
Patient educated to contact medical is symptoms develop or worsen
Education given
Verbal information given
The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow up care
Additional Details: Pt instructed to notify medical of any issues, problems or concerns that may arise. He verbalized understanding. Pt currently housed in COU.

**Orders**

| Status | Ordered | Order | Interpretation | Report | Auth Date |
|---|---|---|---|---|---|
| ordered | 07/04/2025 | Intermittent Suicide Observation (no more than 15 minutes) | | | |

| Status | Ordered | Order | Auth # | Effective Date | Expiration | # Visits |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| ordered | 07/04/2025 | Intermittent Suicide Observation (no more than 15 minutes) |

Document generated by: Caroline Williams, RN 07/04/2025 11:08 AM

---

**Provider: Emmanuel Okeke MD**
**Document generated by: Caroline Williams, RN 07/04/2025 11:08 AM**

Name: CHEATHAM , RYAN
Number: 96193
D.O.B. DOB: 04/08/1989