# Contact Chrono Report

**KDOC # : 2000064842**  **First Name : RYAN**  **Last Name : CHEATHAM**

## Filter Summary

| Contact Date | Type:SubType | Narrative | Next appointment date | Next Appointment Location | Entered by User | TOADS Entry By | Entered Date |
|---|---|---|---|---|---|---|---|
| 11/19/2025 8:00 AM | Facility:RestrictiveHousing | Spoke with Resident Cheatham today during my rounds. Resident Cheatham informed me that he needed something E-filed to the court and that he wrote a form 9 out and also made his own response in the response box that is for unit team fill out and wanted me to sign it indicating that I was the one that wrote out the response. I informed him that I would not be signing the form 9 due to it would be falsifying the document as it was not my response or my handwriting on it. Resident became very irritated due to my response and said he was going to file a lawsuit on me for obstructing his legal process. | | | Crawford, Tymothy | | 11/20/2025 9:11 AM |
| 11/12/2025 9:00 AM | Facility:CaseReview | Resident attended RHU review board. | | | Crawford, Tymothy | | 11/19/2025 8:55 AM |
| 8/28/2025 1:00 PM | PersonalContact:Office | The resident met with the treatment team. He has no recent disciplinary infractions, is single cell restricted and not allowed to attend dayroom. Security staff report no behavioral concerns. The resident is described as respectful, maintains a clean and visible cell, and adheres to hygiene routines, including showering on designated days. However, he has not been attending yard and primarily remains in his cell. Resident has been working on being patient on his basic needs. Mental Health staff confirm that the resident is medication compliant and actively engages with their services. He has expressed interest in joining the Therapeutic Alternatives for Change and Opportunity Curriculum (TACOC). Although he initially agreed to comply with medical treatment, he later refused, stating that "God made him the way he is." Resident is participating in an anger management class facilitated by the Chaplain. If he maintains consistent engagement and demonstrates appropriate behavior in this program over the next month, he will become eligible for additional programming opportunities. CCII Graham | | | Jacob Graham | | 8/29/2025 9:25 AM |
| 8/22/2025 2:30 PM | PersonalContact:Office | Resident had security give court paperwork to E-file to unit team, resident was informed that I could not e-file the paperwork and he would have to contact the law library to have this completed. Resident states we are intentionally delaying his lawsuit and now the resident is going to force the unit to suit up a team to handle him. J Graham CCII | | | Jacob Graham | | 8/22/2025 2:49 PM |

EXHIBIT 15

12/23/2025 11:37 AM                                                                 Prepared by Rhonda Severin

| Contact Date | Type:SubType | Narrative | Next appointment date | Next Appointment Location | Entered by User | TOADS Entry By | Entered Date |
|---|---|---|---|---|---|---|---|
| 8/19/2025 3:00 PM | PersonalContact:Office | Resident was notified he has legal mail from Clerk US District Court - Topeka. Resident was brought to the designated legal mail copier where it was opened in front of him and inspected. Resident then had copies made. He signed that he was satisfied with the copies and was provided them. Original copies were placed in the shred box immediately. Resident also requested minimum exception by exception. This was denied due to his current OSR status and DR history. J Graham CCII | | | Jacob Graham | | 8/20/2025 8:36 AM |
| 8/18/2025 10:00 AM | PersonalContact:Office | Resident signed for property claims 3451 and 3452 and was provided his copies. J Graham CCII | | | Jacob Graham | | 8/18/2025 11:27 AM |
| 8/14/2025 2:00 PM | PersonalContact:Office | Treatment Team discussed resident plan. Resident is currently on yard restriction and will have this removed in a few days. Resident is also currently on dayroom restriction due to his DR's and other documented issues. If resident is able to work with mental health and avoid getting DR's or into other trouble, he can be granted dayroom time again. Additionally, if resident is able to work with mental health, he also may be able to take some programs and begin working with RDAC staff. RDAC staff stated they had been working with him previously, but he cannot focus, creates distractions, and is rude. | | | Jacob Graham | | 8/15/2025 1:26 PM |
| 8/13/2025 11:00 AM | PersonalContact:Office | Resident stated he is wanting inmate Drayton 52653 to move in with him so he can beat him up as they have had issues in seg yard. I informed resident Cheatham this would not be happening and he needs to resolve his issues without violence. I asked the resident to work with mental health and he stated he would. J Graham CCII | | | Jacob Graham | | 8/15/2025 11:18 AM |
| 8/12/2025 9:00 AM | PersonalContact:Office | Resident was notified he has legal mail from Clerk of the District Court - Larned. Resident was brought to the designated legal mail copier where it was opened in front of him and inspected. Resident then had copies made. He signed that he was satisfied with the copies and was provided them. Original copies were placed in the shred box immediately. J Graham CCII | | | Jacob Graham | | 8/15/2025 8:33 AM |
| 8/12/2025 8:30 AM | PersonalContact:Office | On 8/12/25 resident caused a disturbance in seg yard. Resident would only use staff first names and was told no several time to stop, case #25-688. Resident also refused to go back to his cell. A Lt. and I went down to seg yard and spoke with the resident. Resident initially stated he wanted a team to suit up and make him move but after several minutes of talking to him he decided to allow us to retrain him and return him to his cell. J Graham CCII | | | Jacob Graham | | 8/15/2025 11:15 AM |
| 8/8/2025 3:00 PM | PersonalContact:Office | Sent the following email to Mental Health regarding safety concerns and resident attending groups. I have concerns with this resident currently. He currently has a pending DR for battering his pervious cellmate. Prior to this he had a use of force on the yard where he was in possession of some wires that he intended to use of the responding officers. Prior to this he made a weapon from his tablet. He also had a battery before the weapon. Yesterday resident had a lock in his cell and wanted a team to suit up and take it from him before he gave it up finally. I am concerned for the safety of both staff and other resident's if he would be in dayroom with them. I believe he needs to work on being med compliant and work on his mental health some before he can move forward. J Graham CCII | | | Jacob Graham | | 8/14/2025 10:03 AM |

12/23/2025 11:37 AM

Prepared by Rhonda Severin

| Contact Date | Type:SubType | Narrative | Next appointment date | Next Appointment Location | Entered by User | TOADS Entry By | Entered Date |
|---|---|---|---|---|---|---|---|
| 8/7/2025 3:00 PM | PersonalContact:Office | Resident informed me he had a lock in his cell. Resident kept stating it was used against him but he was speaking so fast I could not understand him. Security came to the door and gave him a direct order to surrender the lock as resident in restrictive housing are not allowed locks. Resident refused, stating they could suit up a team and come and get him. After several minutes of speaking with him, I was able to convince the resident to give the lock to Sgt. Goldman. J Graham CCII | | | Jacob Graham | | 8/8/2025 2:57 PM |
| 8/4/2025 4:00 PM | Facility:ResidenceVerification | Resident Cheatham has greed to attend the call "Anger our master or our servant." | 8/11/2025 6:00 PM | | | | 8/4/2025 5:06 PM |
| 8/4/2025 4:00 PM | Facility:Program | Resident Cheatham, Rayan has greed to attend the call "Anger our master or our servant. Chaplain McKiearnan THD. | 8/11/2025 6:00 PM | | | | 8/4/2025 5:04 PM |
| 8/4/2025 3:30 PM | PersonalContact:Office | Resident was notified he has legal mail from Clerk United States District Court - Wichita. Resident was brought to the designated legal mail copier where it was opened in front of him and inspected. Resident then had copies made. He signed that he was satisfied with the copies and was provided them. Original copies were placed in the shred box immediately. J Graham CCII | | | Jacob Graham | | 8/4/2025 3:23 PM |
| 7/31/2025 8:00 AM | PersonalContact:Office | Resident meet with treatment team. Resident is currently in restrictive housing for battery and a weapon. Resident recently had a use of force in seg yard where a pepper ball launcher had to be deployed which resulted in him getting a write up for threats and disobeying orders. Resident is currently with a cellmate. Resident was informed that copies are made through the library and they come by multiple times a week for this. Resident was informed of the staff that are able to E-file and if he needs to get ahold of them to send them a form 9. Resident is refusing to take his medication as be believes it will make him to slow and unable to protect himself. Resident has been making multiple complaints of chest pains and has been seen by medical multiple times for it. Security reports resident often asks everyone the same question or will ask everyone he can to do the same tasks. It has been addressed that he only needs to ask once and he will get the needed help. Security reports residents showers on his days and keeps a clean cell. Resident is currently working on TACOC with mental health. J Graham CCII | | | Jacob Graham | | 8/4/2025 9:36 AM |
| 7/28/2025 1:30 PM | PersonalContact:Office | Resident signed for disposition of appeal, 24-824 and was provided his copies. J Graham CCII | | | Jacob Graham | | 7/28/2025 2:22 PM |
| 7/28/2025 9:00 AM | PersonalContact:Office | Resident was notified he has legal mail from Kansas Governor Office and Office of the Clerk, US District Court. Resident was brought to the designated legal mail copier where it was opened in front of him and inspected. Resident then had copies made. He signed that he was satisfied with the copies and was provided them. Original copies were placed in the shred box immediately. J Graham CCII | | | Jacob Graham | | 7/28/2025 3:06 PM |
| 7/25/2025 9:00 AM | PersonalContact:Office | Resident was notified he has legal mail from Larned District Court X2. Resident was brought to the designated legal mail copier where it was opened in front of him and inspected. Resident then had copies made. He signed that he was satisfied with the copies and was provided them. Original copies were placed in the shred box immediately. J Graham CCII | | | Jacob Graham | | 7/25/2025 2:50 PM |

| Contact Date | Type:SubType | Narrative | Next appointment date | Next Appointment Location | Entered by User | TOADS Entry By | Entered Date |
|---|---|---|---|---|---|---|---|
| 7/22/2025 9:00 AM | PersonalContact:Office | Resident was notified he has legal mail from Office of the Clerk, US District Court. Resident was brought to the designated legal mail copier where it was opened in front of him and inspected. Resident then had copies made. He signed that he was satisfied with the copies and was provided them. Original copies were placed in the shred box immediately. J Graham CCII | | | Jacob Graham | | 7/22/2025 3:12 PM |
| 7/21/2025 9:00 AM | PersonalContact:Office | Resident was notified he has legal mail from Clerk of the District Court, Larned. Resident was brought to the designated legal mail copier where it was opened in front of him and inspected. Resident then had copies made. He signed that he was satisfied with the copies and was provided them. Original copies were placed in the shred box immediately. J Graham CCII | | | Jacob Graham | | 7/21/2025 9:27 AM |
| 7/14/2025 1:30 PM | PersonalContact:Office | Resident was served disposition 25-545. Resident was provided his copy and informed he has 15 days to appeal. While doing this resident had his entire cell window covered with paper. Resident was upset that unit team would not bring him to the office to call family. Resident was informed that he was on D/S due to his actions and if he continued he could be wrote up and face more D/S time. Resident uncovered his windows. J Graham CCII | | | Jacob Graham | | 7/14/2025 2:56 PM |
| 7/11/2025 9:00 AM | PersonalContact:Office | Resident was notified he has legal mail from US District Court. Resident was brought to the designated legal mail copier where it was opened in front of him and inspected. Resident then had copies made. He signed that he was satisfied with the copies and was provided them. Original copies were placed in the shred box immediately. Resident also had paperwork notarized. Resident became upset with me after I told him he was not allowed to use the office phone to call his family. Resident is currently on D/S and lost his tablet after he broke it and used it to make a weapon. Resident was also upset that I would not call staff right away to have them help him with sending mail out. I told him he could send them a form 9. Resident stated he was going to act out since I would not help him as he believes it is the only way to get things done he said. J Graham CCII | | | Jacob Graham | | 7/11/2025 11:14 AM |
| 7/9/2025 1:00 PM | PersonalContact:Office | Resident signed for disposition of disciplinary appeal acknowledgement form and was provided his copies. J Graham CCII | | | Jacob Graham | | 7/9/2025 2:28 PM |
| 7/3/2025 3:00 PM | PersonalContact:Office | Resident was notified he has legal mail from Topeka Clerk. Resident was brought to the designated legal mail copier where it was opened in front of him and inspected. Resident then had copies made. He signed that he was satisfied with the copies and was provided them. Original copies were placed in the shred box immediately. J Graham CCII | | | Jacob Graham | | 7/7/2025 9:17 AM |

Prepared by Rhonda Severin

| Contact Date | Type:SubType | Narrative | Next appointment date | Next Appointment Location | Entered by User | TOADS Entry By | Entered Date |
|---|---|---|---|---|---|---|---|
| 7/3/2025 1:00 PM | PersonalContact:Office | Resident was seen by treatment team today. Prior to this, resident declared a hunger strike stating he was not getting legal mail and that his food portions were to small. During treatment team, staff made multiple attempts to try and talk to the resident but he only wanted to yell and try to put down the security staff that were present. Resident was also yelling over everyone talking and this led to him being removed from the room. After this, resident was placed back in his cell where he started a fire which security had to deal with. Resident was in several classes but due to his recent behavior, setting a fire and a use of force on 7/4/25, resident has been removed form his programs. Resident can attempt these programs again at a later date. Security states resident has a poor attitude. When he does not get his way, he only yells and bangs on his door. Resident has poor cell visibility but a clean cell. Resident showers often. Security states when resident is made about things that are out of his control, he often demands to see shift office or mental health and will not stop until they come. J Graham CCII | | | Jacob Graham | | 7/7/2025 11:00 AM |
| 6/11/2025 8:30 AM | PersonalContact:Office | Resident was notified he has legal mail from Disciplinary Administrator. Resident was brought to the designated legal mail copier where it was opened in front of him and inspected. Resident then had copies made. He signed that he was satisfied with the copies and was provided them. Original copies were placed in the shred box immediately. J Graham CCII | | | Jacob Graham | | 6/11/2025 9:08 AM |
| 6/4/2025 8:00 AM | PersonalContact:Office | Resident was notified he has legal mail from Office of the Clerk. Resident was brought to the designated legal mail copier where it was opened in front of him and inspected. Resident then had copies made. He signed that he was satisfied with the copies and was provided them. Original copies were placed in the shred box immediately. Resident was also allowed to call his father as his father had called several times concerned about his son. During this time, resident cell was searched and a homemade stabbing device was located. J Graham CCII | | | Jacob Graham | | 6/4/2025 9:51 AM |
| 6/1/2025 8:00 AM | PersonalContact:Office | Resident was moved from general population to restrictive housing due to receiving a battery DR, case #25-415. | | | Jacob Graham | | 6/2/2025 1:35 PM |