# LARNED STATE CORRECTIONAL FACILITY



## BEHAVIORAL HEALTH SERVICES
## MONITORING PACKET

(Instructions on inside Cover)

Resident's Name: ~~Rose~~ Cheatham, Ryan       Number: a6193

Date of Placement: 7/4/25       Date of Removal: 7-8-25

Time of Removal: 1003

*Forward to Shift Office for Review & Signature*

Keith Fughoeff

Reviewed by (Print Shift Supervisor Name)       Shift Supervisor's Signature

(To be signed by Shift Supervisor on duty at time of resident's removal from Montoring Services)

*Monitoring packet to be forwarded to Classifications/Records*

EXHIBIT 16

### ADULT BEHAVIORAL HEALTH SERVICES MONITORING SHEET FOR
### BEHAVIORAL HEALTH MONITORING, INTERMITTENT SUICIDE OBSERVATION, CONTINUOUS SUICIDE OBSERVATION, CLINICAL RESTRAINTS, EMERGENCY PSYCHOTROPIC MEDICATION

_____ Behavioral Health Monitoring:     Staggered/Unpredictable Observation not to exceed > than 30 minutes (at least three checks per hour)

__✓__ Intermittent Suicide Observation:     Staggered/Unpredictable Observation not to exceed > than 15 minutes (at least five checks per hour)

_____ Continuous Suicide Observation:     **Continuous Observation & Log every 15 minutes**
_____ Clinical Restraints:     **Continuous Observation & Log every 15 minutes**
_____ Emergency Psychotropic Medication:     **Continuous Observation & Log every 15 minutes**

| Time | Restraints Intact (X) | Sleeping or Awake (S/A) | Sitting on Floor (X) | Quiet or yelling (Q/Y) | Agitated or Calm (A/C) | Signs of Injury (Y/N?) | Officer's Signature |
|---|---|---|---|---|---|---|---|
| 1040 | X | A | Standing | Q | A | N | |
| 1118 | X | A | Standing | Q | C | N | |
| 1125 | X | A | Standing | Q | C | N | |
| 1150 | X | S | X | C | C | N | |
| 1203 | X | S | X | Q | C | N | |
| 1223 | X | S | X | Q | C | N | |
| 1247 | X | S | X | Q | C | N | |
| 1256 | X | S | X | Q | C | N | |
| 1259 | X | S | X | Q | C | N | |
| 1315 | X | S | X | Q | A | N | |
| 1321 | X | S | X | Q | C | N | |
| 1333 | X | S | X | Q | C | N | |
| 1340 | X | S | X | Q | C | N | |
| 1350 | X | S | X | Q | C | N | |
| 1404 | X | S | X | Q | C | N | |
| 1420 | X | S | Bed | Q | C | N | |
| 1436 | X | S | Bed | Q | C | N | |
| 1452 | X | S | Bed | Q | C | N | |
| 1508 | X | S | Bed | Q | C | N | |
| 1525 | X | S | Bed | Q | C | N | |
| 1542 | X | S | Bed | Q | C | N | |
| 1600 | X | A Door | Door | Q | C | N | |
| 1618 | X | A | Pacing | Q | C | N | |
| 1635 | X | A | Door | Q | C | N | |
| 1653 | X | A | Bed | Q | C | N | |
| 1717 | X | A | Bed | Q | C | N | |
| 1743 | X | A | Bed | Q | C | N | |
| 1804 | X | A | Bed | Q | C | N | |
| 1824 | X | A | Door | Q | C | N | |
| 1840 | X | A | Door | Q | C | N | |

** Any signs of suspected injury or physical distress must be reported to medical staff immediately.

| Resident Name (Last, Middle, First) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| Cheatham, Ryan | 96193 | ▓▓▓▓ | B/M | LSCF |

DATE: **07/04/2025**
**7/5/25**

# ADULT BEHAVIORAL HEALTH SERVICES MONITORING SHEET FOR
## BEHAVIORAL HEALTH MONITORING, INTERMITTENT SUICIDE OBSERVATION, CONTINUOUS SUICIDE OBSERVATION, CLINICAL RESTRAINTS, EMERGENCY PSYCHOTROPIC MEDICATION

XXX Behavioral Health Monitoring: Staggered/Unpredictable Observation not to exceed > than 30 minutes (at least three checks per hour)

X Intermittent Suicide Observation: Staggered/Unpredictable Observation not to exceed > than 15 minutes (at least five checks per hour)

____ Continuous Suicide Observation: **Continuous Observation & Log every 15 minutes**
____ Clinical Restraints: **Continuous Observation & Log every 15 minutes**
____ Emergency Psychotropic Medication: **Continuous Observation & Log every 15 minutes**

| Time | Restraints Intact (X) | Sleeping or Awake (S/A) | Sitting on Floor (X) | Quiet or yelling (Q/Y) | Agitated or Calm (A/C) | Signs of Injury (Y/N?) | Officer's Signature |
|---|---|---|---|---|---|---|---|
| 1900 | X | A | Pacing | Q | C | N | |
| 1920 | X | A | Door | Q | C | N | |
| 1933 | X | A | shower | Q | C | N | |
| 1950 | X | A | Bed | Q | C | N | |
| 2006 | X | A | Bed | Q | C | N | |
| 2024 | X | A | Bed | Q | C | N | |
| 2038 | X | A | Bed | Q | C | N | |
| 2056 | X | A | Bed | Q | C | N | |
| 2114 | X | A | Bed | Q | C | N | |
| 2136 | X | A | Door | Q | C | N | |
| 2153 | X | A | Bed | Q | C | N | |
| 2200 | X | A | Bed | Q | C | N | Officer Dreams |
| 2220 | X | A | Bed | Q | C | N | MP |
| 2250 | X | S | Bed | Q | C | N | MP |
| 2300 | X | S | Bed | Q | C | Y.N | MP |
| 2330 | X | S | Bed | Q | C | N | MP |
| 2350 | X | S | Bed | Q | C | N | MP |
| 0000 | X | S | Bed | Q | C | N | MP |
| 0020 | X | S | Bed | Q | C | N | MP |
| 0040 | X | S | Bed | Q | C | N | MP |
| 0100 | X | S | Bed | Q | C | N | MP |
| 0110 | X | S | Bed | Q | C | N | MP |
| 0120 | X | S | Bed | Q | C | N | MP |
| 0130 | X | S | Bed | Q | C | N | MP |
| 0145 | X | S | Bed | Q | C | N | MP |
| 0200 | X | S | Bed | Q | C | N | MP |
| 0210 | X | S | Bed | Q | C | N | MP |
| 0220 | X | S | Bed | Q | C | N | MP |
| 0230 | X | S | Bed | Q | C | N | MP |
| 0245 | X | A | Bed | Q | C | N | MP |

7/5

** Any signs of suspected injury or physical distress must be reported to medical staff immediately.

| Resident Name (Last, Middle, First) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| Cheatham, Ryan | 96193 | ▓▓▓▓ | B/M | LSCF |

DATE: 7/5/25

Attachment A, IMPP 10-105D
Effective 06-25-24

## ADULT BEHAVIORAL HEALTH SERVICES MONITORING SHEET FOR
### BEHAVIORAL HEALTH MONITORING, INTERMITTENT SUICIDE OBSERVATION, CONTINUOUS SUICIDE OBSERVATION, CLINICAL RESTRAINTS, EMERGENCY PSYCHOTROPIC MEDICATION

____ Behavioral Health Monitoring: Staggered/Unpredictable Observation not to exceed > than 30 minutes (at least three checks per hour)

_X_ Intermittent Suicide Observation: Staggered/Unpredictable Observation not to exceed > than 15 minutes (at least five checks per hour)

____ Continuous Suicide Observation: **Continuous Observation & Log every 15 minutes**
____ Clinical Restraints: **Continuous Observation & Log every 15 minutes**
____ Emergency Psychotropic Medication: **Continuous Observation & Log every 15 minutes**

| Time | Restraints Intact (X) | Sleeping or Awake (S/A | Sitting on Floor (X) | Quiet or yelling (Q/Y) | Agitated or Calm (A/C) | Signs of Injury (Y/N?) | Officer's Signature |
|---|---|---|---|---|---|---|---|
| 0300 | X | S | Bed | Q | C | N | MP |
| 0310 | X | S | Bed | Q | C | N | MP |
| 0320 | X | S | Bed | Q | C | N | MP |
| 0330 | X | S | Bed | Q | C | N | MP |
| 0345 | X | S | Bed | Q | C | N | MP |
| 0400 | X | S | Bed | Q | C | N | MP |
| 0410 | X | S | Bed | Q | C | N | MP |
| 0420 | X | S | Bed | Q | C | N | MP |
| 0430 | X | S | Bed | Q | C | N | MP |
| 0445 | X | A | Bed Standing | Q | C | N | MP |
| 0500 | X | S | Bed | Q | C | N | MP |
| 0510 | X | S | Bed | Q | C | N | MP |
| 0520 | X | S | Bed | Q | C | N | MP |
| 0530 | X | S | Bed | Q | C | N | MP |
| 0545 | X | S | Bed | Q | C | N | MP |
| 0600 | X | S | Bed | Q | C | N | MP |
| 0615 | X | S | Bed | Q | C | N | Quinn |
| 0630 | X | S | Bed | Q | C | N | Quinn |
| 0640 | X | S | Bed | Q | C | N | Quinn |
| 06:55 | X | S | Bed | Q | C | N | Quinn |
| 07:10 | X | S | Bed | Q | C | N | Quinn |
| 07:35 | X | S | Bed | Q | C | N | Quinn |
| 07:40 | X | A | Bed | Q | C | N | Quinn |
| 07:55 | X | A | Bed | Q | C | N | Quinn |
| 08:10 | X | A | Bed | Q | C | N | Quinn |
| 08:25 | X | S | Bed | Q | C | N | Quinn |
| 08:40 | X | S | Bed | Q | C | N | Quinn |
| 08:55 | X | S | Bed | Q | C | N | Quinn |
| 09:10 | X | S | Bed | Q | C | N | Quinn |
| 09:25 | X | S | Bed | Q | C | N | Quinn |
| 09:40 | X | S | Bed | Q | C | N | Quinn |

** Any signs of suspected injury or physical distress must be reported to medical staff immediately.

| Resident Name (Last, Middle, First) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| Cheatam, Ryan | 96193 | ▓▓▓▓ | B/M | LSCF |

DATE: 2-5-25

## ADULT BEHAVIORAL HEALTH SERVICES MONITORING SHEET FOR
### BEHAVIORAL HEALTH MONITORING, INTERMITTENT SUICIDE OBSERVATION, CONTINUOUS SUICIDE OBSERVATION, CLINICAL RESTRAINTS, EMERGENCY PSYCHOTROPIC MEDICATION

____ Behavioral Health Monitoring: Staggered/Unpredictable Observation not to exceed > than 30 minutes (at least three checks per hour)

✓ Intermittent Suicide Observation: Staggered/Unpredictable Observation not to exceed > than 15 minutes (at least five checks per hour)

____ Continuous Suicide Observation: Continuous Observation & Log every 15 minutes

____ Clinical Restraints: Continuous Observation & Log every 15 minutes

____ Emergency Psychotropic Medication: Continuous Observation & Log every 15 minutes

| Time | Restraints Intact (X) | Sleeping or Awake (S/A) | Sitting on Floor (X) | Quiet or yelling (Q/Y) | Agitated or Calm (A/C) | Signs of Injury (Y/N?) | Officer's Signature |
|---|---|---|---|---|---|---|---|
| 09:55 | X | S | Bed | Q | C | N | Dunn |
| 10:07 | NA | S | Sleep | Q | C | N | Pann |
| 10:01 | NA | S | Sleep | Q | C | N | Dunn |
| 1031 | NA | S | Sleep | Q | C | N | Dunn |
| 1044 | NA | S | Bed | Q | C | N | Pann |
| 1050 | NA | S | Bed | Q | C | N | Pann |
| 1116 | NA | A | Standing | Q | C | N | Pann |
| 1130 | NA | A | Standing | Q | C | N | Pann |
| 1142 | NA | A | Bed | Q | C | N | Pann |
| 1151 | NA | S | Bed | Q | C | N | Pann |
| 1212 | NA | S | Bed | Q | C | N | Pann |
| 1225 | NA | S | Bed | Q | C | N | Pann |
| 1240 | NA | S | Bed | Q | C | N | Pann |
| 1258 | NA | S | Bed | Q | C | N | Pann |
| 1309 | NA | S | Bed | Q | C | N | Pann |
| 1326 | NA | S | Bed | Q | C | N | Pann |
| 1338 | NA | S | Bed | Q | C | N | Pann |
| 1349 | NA | S | Bed | Q | C | N | Pann |
| 1405 | X | S | Bed | Q | C | N | MB |
| 1418 | X | S | Bed | Q | C | N | MB |
| 1433 | X | S | Bed | Q | C | N | MB |
| 1447 | X | S | Bed | Q | C | N | MB |
| 1454 | X | S | Bed | Q | C | N | MB |
| 1512 | X | S | Bed | Q | C | N | MC |
| 1524 | X | S | Bed | Q | C | N | MC |
| 1541 | X | S | Bed | Q | C | N | MC |
| 1546 | X | A | Standing | Q | C | N | MC |
| 1600 | X | A | Stand | Q | C | N | MC |
| 1606 | X | A | Stand | Q | C | N | MC |
| 1620 | X | A | Stand | Q | C | N | MC |
| 1631 | X | A | Stand | Q | C | N | MC |

** Any signs of suspected injury or physical distress must be reported to medical staff immediately.

| Resident Name (Last, Middle, First) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| Cheatham, Ryan | 96193 | ▮▮▮ | B/M | LSCF |

DATE: 7/5/25

## ADULT BEHAVIORAL HEALTH SERVICES MONITORING SHEET FOR
## BEHAVIORAL HEALTH MONITORING, INTERMITTENT SUICIDE OBSERVATION, CONTINUOUS SUICIDE OBSERVATION, CLINICAL RESTRAINTS, EMERGENCY PSYCHOTROPIC MEDICATION

\_\_\_\_ Behavioral Health Monitoring:     Staggered/Unpredictable Observation not to exceed > than 30 minutes (at least three checks per hour)

X Intermittent Suicide Observation:     Staggered/Unpredictable Observation not to exceed > than 15 minutes (at least five checks per hour)

\_\_\_\_ Continuous Suicide Observation:     **Continuous Observation & Log every 15 minutes**
\_\_\_\_ Clinical Restraints:     **Continuous Observation & Log every 15 minutes**
\_\_\_\_ Emergency Psychotropic Medication:     **Continuous Observation & Log every 15 minutes**

| Time | Restraints Intact (X) | Sleeping or Awake (S/A) | Sitting on Floor (X) | Quiet or yelling (Q/Y) | Agitated or Calm (A/C) | Signs of Injury (Y/N?) | Officer's Signature |
|---|---|---|---|---|---|---|---|
| 1641 | X | A | Bed | Q | C | N | ME |
| 1654 | X | A | Bed | Q | C | N | MF |
| 1710 | X | S | Bed | Q | C | N | MF |
| 1725 | X | S | Bed | Q | C | N | ME |
| 1738 | X | S | B | Q | C | N | ME |
| 1748 | X | S | B | Q | C | N | TH |
| 1800 | X | S | B | Q | C | N | ME |
| 1816 | X | S | B | Q | C | N | ME |
| 1823 | X | A | Stand | Q | C | N | ME |
| 1837 | X | A | B | Q | C | N | ME |
| 1851 | X | S | B | Q | C | N | ME |
| 1906 | X | S | B | Q | C | N | ME |
| 1921 | X | S | B | Q | C | N | ME |
| 1936 | X | S | B | Q | C | N | ME |
| 1951 | X | S | B | Q | C | N | ME |
| 2005 | X | S | B | Q | C | N | ME |
| 2020 | X | S | B | Q | C | N | ME |
| 2035 | X | S | B | Q | C | N | ME |
| 2049 | X | S | B | Q | C | N | ME |
| 2100 | X | S | B | Q | C | N | ME |
| 2116 | X | A | S | Q | C | N | ME |
| 2128 | X | A | S | Q | C | N | ME |
| 2143 | X | A | S | Q | C | N | ME |
| 2216 | X | A | Stand | Q | C | N | EM |
| 2229 | X | A | Bed | Q | C | N | EM |
| 2245 | X | S | Bed | Q | C | N | EM |
| 2258 | X | S | Bed | Q | C | N | EM |
| 2311 | X | S | Bed | Q | C | N | EM |
| 2313 | X | S | Bed | Q | C | N | EM |
| 2328 | X | S | Bed | Q | C | N | EM |
| 2330 | X | A | Bed | Q | C | N | EM |

**\*\*Any signs of suspected injury or physical distress must be reported to medical staff immediately.**

| Resident Name (Last, Middle, First) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| Cheatham, Ryan | 96193 | ▬ | B/m | LSCF |

DATE: 7/5/25
7/6/25

## ADULT BEHAVIORAL HEALTH SERVICES MONITORING SHEET FOR
### BEHAVIORAL HEALTH MONITORING, INTERMITTENT SUICIDE OBSERVATION, CONTINUOUS SUICIDE OBSERVATION, CLINICAL RESTRAINTS, EMERGENCY PSYCHOTROPIC MEDICATION

____ Behavioral Health Monitoring:  Staggered/Unpredictable Observation not to exceed > than 30 minutes (at least three checks per hour)

__X__ Intermittent Suicide Observation:  Staggered/Unpredictable Observation not to exceed > than 15 minutes (at least five checks per hour)

____ Continuous Suicide Observation:  Continuous Observation & Log every 15 minutes
____ Clinical Restraints:  Continuous Observation & Log every 15 minutes
____ Emergency Psychotropic Medication:  Continuous Observation & Log every 15 minutes

| Time | Restraints Intact (X) | Sleeping or Awake (S/A) | Sitting on Floor (X) | Quiet or yelling (Q/Y) | Agitated or Calm (A/C) | Signs of Injury (Y/N?) | Officer's Signature |
|---|---|---|---|---|---|---|---|
| 2351 | X | S | B | Q | C | N | Em |
| 0004 | X | S | B | Q | C | N | Em |
| 0018 | X | S | B | Q | C | N | Em |
| 0020 | X | S | B | Q | C | N | Em |
| 0040 | X | S | B | Q | C | N | Em |
| 0008 | X | S | B | Q | C | N | Em |
| 0100 | X | S | B | Q | C | N | Em |
| 0122 | X | S | B | Q | C | N | Em |
| 0135 | X | S | B | Q | C | N | Em |
| 0140 | X | S | B | Q | C | N | Em |
| 0158 | X | S | B | Q | C | N | Em |
| 0214 | X | S | B | Q | C | N | Em |
| 0238 | X | S | B | Q | C | N | Em |
| 0251 | X | S | B | Q | C | N | Em |
| 0305 | X | S | B | Q | C | N | Em |
| 0316 | X | S | B | Q | C | N | Em |
| 0334 | X | S | B | Q | C | N | Em |
| 0347 | X | A | B | Q | C | N | Em |
| 0358 | X | S | B | Q | C | N | Em |
| 0415 | X | S | B | Q | C | N | Em |
| 0480 | X | S | B | Q | C | N | Em |
| 0504 | X | A | B | Q | C | N | Em |
| 0505 | X | A | B | Q | C | N | Em |
| 0527 | X | A | B | Q | C | N | Em |
| 0540 | X | S | B | Q | C | N | Em |
| 0603 | X | S | Bcd | Q | C | N | ZB |
| 0622 | X | S | B | Q | C | N | ZB |
| 0636 | X | S | B | Q | C | N | ZB |
| 0652 | X | S | B | Q | c | N | ZB |
| 0659 | X | S | B | Q | C | N | ZB |
| 0724 | X | S | B | Q | C | N | ZB |

** Any signs of suspected injury or physical distress must be reported to medical staff immediately.

| Resident Name (Last, Middle, First) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| Cheatam C Ryan | 96193 | ▓▓▓ | B/M | LSCF |

DATE: 7/6/25

## ADULT BEHAVIORAL HEALTH SERVICES MONITORING SHEET FOR
### BEHAVIORAL HEALTH MONITORING, INTERMITTENT SUICIDE OBSERVATION, CONTINUOUS SUICIDE OBSERVATION, CLINICAL RESTRAINTS, EMERGENCY PSYCHOTROPIC MEDICATION

_____ Behavioral Health Monitoring:     Staggered/Unpredictable Observation not to exceed > than 30 minutes (at least three checks per hour)

__X__ Intermittent Suicide Observation:     Staggered/Unpredictable Observation not to exceed > than 15 minutes (at least five checks per hour)

_____ Continuous Suicide Observation:     **Continuous Observation & Log every 15 minutes**
_____ Clinical Restraints:     **Continuous Observation & Log every 15 minutes**
_____ Emergency Psychotropic Medication:     **Continuous Observation & Log every 15 minutes**

| Time | Restraints Intact (X) | Sleeping or Awake (S/A) | Sitting on Floor (X) | Quiet or yelling (Q/Y) | Agitated or Calm (A/C) | Signs of Injury (Y/N?) | Officer's Signature |
|------|------|------|------|------|------|------|------|
| 0735 | X | A | X | Q | C | N | ZB |
| 0756 | X | A | X | Q | C | N | ZB |
| 0745 | X | A | Walking | Q | C | N | ZB |
| 0812 | X | A | I | Q | C | N | ZB |
| 0834 | X | S | Bed | Q | C | N | ZB |
| 0847 | X | A | Walking | Q | C | N | ZB |
| 0903 | X | A | I | Q | C | N | ZB |
| 0910 | X | A | At door | Q | C | N | ZB |
| 0925 | X | A | Bed | Q | C | N | ZB |
| 0941 | X | A | Bed | Q | C | N | ZB |
| 0955 | X | A | Bed | Q | C | N | ZB |
| 1005 | X | A | At door | Q | C | N | ZB |
| 1010 | X | A | At door | Q | C | N | ZB |
| 1035 | X | S | Bed | Q | C | N | ZB |
| 1045 | X | A | Tray | Q | C | N | ZB |
| 1100 | X | A | Food | Q | C | N | ZB |
| 1113 | X | S | Bed | Q | C | N | ZB |
| 1129 | X | S | Bed | Q | C | N | ZB |
| 1141 | X | A | At door | Q | C | N | ZB |
| 1157 | X | A | At door | Q | C | N | ZB |
| 1216 | X | S | Bed | Q | C | N | ZB |
| 1231 | X | S | Bed | Q | C | N | ZB |
| 1245 | X | S | Bed | Q | C | N | ZB |
| 1258 | X | S | Bed | Q | C | N | ZB |
| 1310 | X | S | Bed | Q | C | N | ZB |
| 1317 | X | S | Bed | Q | C | N | ZB |
| 1332 | X | S | Bed | Q | C | N | ZB |
| 1348 | X | S | Bed | Q | C | N | ZB |
| 1357 | X | S | Bed | Q | C | N | ZB |
| 1417 | X | A | At door | Q | C | N | JP |
| 1425 | X | A | At door | Q | C | N | JP |

** Any signs of suspected injury or physical distress must be reported to medical staff immediately.

| Resident Name (Last, Middle, First) | DOC# | DOB | Race/Sex | Facility |
|------|------|------|------|------|
| Cheatham, Ryan | 96193 | ██████ | B/M | LSCF |

DATE: 7/6/2025



## ADULT BEHAVIORAL HEALTH SERVICES MONITORING SHEET FOR
### BEHAVIORAL HEALTH MONITORING, INTERMITTENT SUICIDE OBSERVATION, CONTINUOUS SUICIDE OBSERVATION, CLINICAL RESTRAINTS, EMERGENCY PSYCHOTROPIC MEDICATION

____ Behavioral Health Monitoring:    Staggered/Unpredictable Observation not to exceed > than 30 minutes (at least three checks per hour)

✓ Intermittent Suicide Observation:    Staggered/Unpredictable Observation not to exceed > than 15 minutes (at least five checks per hour)

____ Continuous Suicide Observation:    Continuous Observation & Log every 15 minutes
____ Clinical Restraints:    Continuous Observation & Log every 15 minutes
____ Emergency Psychotropic Medication:    Continuous Observation & Log every 15 minutes

| Time | Restraints Intact (X) | Sleeping or Awake (S/A) | Sitting on Floor (X) | Quiet or yelling (Q/Y) | Agitated or Calm (A/C) | Signs of Injury (Y/N?) | Officer's Signature |
|---|---|---|---|---|---|---|---|
| 1445 | X | A | door | Q | C | N | BP |
| 1500 | X | A | door | Q | C | N | BP |
| 1517 | X | A | bed | Q | C | N | BP |
| 1531 | X | A | bed | Q | C | N | BP |
| 1547 | X | A | door | Q | C | N | BP |
| 1601 | X | A | shower | Q | C | N | BP |
| 1615 | X | A | shower | Q | C | N | BP |
| 1629 | X | A | bed | Q | C | N | BP |
| 1640 | X | A | door | Q | C | N | BP |
| 1648 | X | A | bed | Q | C | N | BP |
| 1703 | X | S | bed | Q | C | N | BP |
| 1718 | X | A | bed | Q | C | N | BP |
| 1734 | X | A | bed | Q | C | N | BP |
| 1749 | X | A | bed | Q | C | N | BP |
| 1800 | X | A | bed | Q | C | N | DM |
| 1813 | X | A | bed | Q | C | N | DM |
| 1822 | X | A | bed | Q | C | N | DM |
| 1833 | X | S | bed | Q | C | N | DM |
| 1845 | X | S | bed | Q | C | N | DM |
| 1857 | X | S | bed | Q | C | N | DM |
| 1909 | X | S | bed | Q | C | N | DM |
| 1921 | X | S | bed | Q | C | N | DM |
| 1930 | X | S | bed | Q | C | N | Dm |
| 1942 | X | S | bed | Q | C | N | DM |
| 1953 | X | S | bed | Q | C | N | DM |
| 2006 | X | S | bed | Q | C | N | DM |
| 2019 | X | S | bed | Q | C | N | DM |
| 2031 | X | S | bed | Q | C | N | DM |
| 2044 | X | S | bed | Q | C | N | DM |
| 2053 | X | S | bed | Q | C | N | DM |
| 2102 | X | S | bed | Q | C | N | DM |

** Any signs of suspected injury or physical distress must be reported to medical staff immediately.

| Resident Name (Last, Middle, First) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| Cheatham, C Ryan | 96193 | ███ | B/M | LSCF |

DATE: 7/6/2025
7/7/25

## ADULT BEHAVIORAL HEALTH SERVICES MONITORING SHEET FOR BEHAVIORAL HEALTH MONITORING, INTERMITTENT SUICIDE OBSERVATION, CONTINUOUS SUICIDE OBSERVATION, CLINICAL RESTRAINTS, EMERGENCY PSYCHOTROPIC MEDICATION

____ Behavioral Health Monitoring: **Staggered/Unpredictable Observation not to exceed > than 30 minutes** (at least three checks per hour)

✓ Intermittent Suicide Observation: **Staggered/Unpredictable Observation not to exceed > than 15 minutes** (at least five checks per hour)

____ Continuous Suicide Observation: **Continuous Observation & Log every 15 minutes**
____ Clinical Restraints: **Continuous Observation & Log every 15 minutes**
____ Emergency Psychotropic Medication: **Continuous Observation & Log every 15 minutes**

| Time | Restraints Intact (X) | Sleeping or Awake (S/A | Sitting on Floor (X) | Quiet or yelling (Q/Y) | Agitated or Calm (A/C) | Signs of Injury (Y/N?) | Officer's Signature |
|---|---|---|---|---|---|---|---|
| 2114 | X | Sleeping | bed | Q | C | N | DM |
| 2124 | X | S | bed | Q | C | N | DM |
| 2140 | X | S | bed | Q | C | N | DM |
| 2152 | X | S | bed | Q | C | N | DM |
| 2202 | X | A | BED | Q | C | N | SR |
| 2214 | X | S | BED | Q | C | N | SR |
| 2224 | X | S | BED | Q | C | N | SR |
| 2236 | X | S | BED | Q | C | N | SR |
| 2251 | X | S | BED | Q | C | N | SR |
| 2306 | X | S | BED | Q | C | N | SR |
| 2321 | X | S | BED | Q | C | N | SR |
| 2333 | X | S | BED | Q | C | N | SR |
| 2346 | X | S | BED | Q | C | N | SR |
| 2359 | X | S | BED | Q | C | N | SR |
| 0013 | X | S | BED | Q | C | N | SR |
| 0022 | X | S | BED | Q | C | N | SR |
| 0032 | X | S | BED | Q | C | N | SR |
| 0047 | X | S | BED | Q | C | N | SR |
| 0057 | X | S | BED | Q | C | N | SR |
| 0110 | X | S | BED | Q | C | N | SR |
| 0122 | X | S | BED | Q | C | N | SR |
| 0130 | X | S | BED | Q | C | N | SR |
| 0143 | X | S | BED | Q | C | N | SR |
| 0159 | X | S | BED | Q | C | N | SR |
| 0218 | X | S | BED | Q | C | N | SR |
| 0201 | X | S | BED | Q | C | N | SR |
| 0230 | X | S | BED | Q | C | N | SR |
| 0244 | X | S | BED | Q | C | N | SR |
| 0259 | X | S | BED | Q | C | N | SR |
| 0311 | X | S | BED | Q | C | N | SR |
| 0324 | X | S | BED | Q | C | N | SR |

** Any signs of suspected injury or physical distress must be reported to medical staff immediately.

| Resident Name (Last, Middle, First) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| Cheatham, C Ryan | 96193 | | B/M | LSCF |

## ADULT BEHAVIORAL HEALTH SERVICES MONITORING SHEET FOR
### BEHAVIORAL HEALTH MONITORING, INTERMITTENT SUICIDE OBSERVATION, CONTINUOUS SUICIDE OBSERVATION, CLINICAL RESTRAINTS, EMERGENCY PSYCHOTROPIC MEDICATION

____ Behavioral Health Monitoring:    Staggered/Unpredictable Observation not to exceed > than 30 minutes (at least three checks per hour)

✓ Intermittent Suicide Observation:    Staggered/Unpredictable Observation not to exceed > than 15 minutes (at least five checks per hour)

____ Continuous Suicide Observation:    **Continuous Observation & Log every 15 minutes**

____ Clinical Restraints:    **Continuous Observation & Log every 15 minutes**

____ Emergency Psychotropic Medication:    **Continuous Observation & Log every 15 minutes**

| Time | Restraints Intact (X) | Sleeping or Awake (S/A) | Sitting on Floor (X) | Quiet or yelling (Q/Y) | Agitated or Calm (A/C) | Signs of Injury (Y/N?) | Officer's Signature |
|------|------|------|------|------|------|------|------|
| 0331 | X | S | BED | Q | C | N | |
| 0343 | X | S | BED | Q | C | N | |
| 0359 | X | S | BED | Q | C | N | |
| 0409 | X | S | BED | Q | C | N | |
| 0421 | X | S | BED | Q | C | N | |
| 0430 | X | S | BED | Q | C | N | |
| 0441 | X | S | BED | Q | C | N | |
| 0459 | X | S | BED | Q | C | N | |
| 0511 | X | A | BED | Q | C | N | |
| 0521 | X | A | BED | Q | C | N | |
| 0531 | X | A | Floor | Q | C | N | |
| 0541 | X | A | Floor | Q | C | N | |
| 0556 | X | A | BED | Q | C | N | |
| 0615 | X | A | X | Q | C | N | |
| 0630 | X | A | X | Q | C | N | |
| 0645 | X | A | S | Q | C | N | |
| 0654 | X | A | X | Q | C | N | |
| 0705 | X | A | X | Q | C | N | |
| 0715 | X | A | X | Q | C | N | |
| 0720 | X | A | X | Q | C | N | |
| 0736 | X | A | X | Q | C | N | |
| 0747 | X | A | X | Q | C | N | |
| 0800 | X | A | X | Q | C | N | |
| 0807 | X | A | X | Q | C | N | |
| 0815 | X | A | X | Q | C | N | |
| 0830 | X | A | X | Q | C | N | |
| 0845 | X | A | X | Q | C | N | |
| 0858 | X | A | X | Q | C | N | |
| 0910 | X | A | X | Q | C | N | |
| 0915 | X | A | S | Q | C | N | |
| 0930 | X | A | S | Q | C | N | |

** Any signs of suspected injury or physical distress must be reported to medical staff immediately.

| Resident Name (Last, Middle, First) | DOC# | DOB | Race/Sex | Facility |
|------|------|------|------|------|
| Cheatham Ryan | 96193 | ▇▇▇▇ | B/M | LSCF |

DATE: 7/7/25

## ADULT BEHAVIORAL HEALTH SERVICES MONITORING SHEET FOR
### BEHAVIORAL HEALTH MONITORING, INTERMITTENT SUICIDE OBSERVATION, CONTINUOUS SUICIDE OBSERVATION, CLINICAL RESTRAINTS, EMERGENCY PSYCHOTROPIC MEDICATION

| | | |
|---|---|---|
| ✓ Behavioral Health Monitoring: | Staggered/Unpredictable Observation not to exceed > than 30 minutes (at least three checks per hour) | |
| ✓ Intermittent Suicide Observation: | Staggered/Unpredictable Observation not to exceed > than 15 minutes (at least five checks per hour) | |
| ___ Continuous Suicide Observation: | Continuous Observation & Log every 15 minutes | |
| ___ Clinical Restraints: | Continuous Observation & Log every 15 minutes | |
| ___ Emergency Psychotropic Medication: | Continuous Observation & Log every 15 minutes | |

| Time | Restraints Intact (X) | Sleeping or Awake (S/A) | Sitting on Floor (X) | Quiet or yelling (Q/Y) | Agitated or Calm (A/C) | Signs of Injury (Y/N?) | Officer's Signature |
|---|---|---|---|---|---|---|---|
| 0939 | N/A | A | S | Q | C | N | |
| 0945 | N/A | A | S | Q | C | N | |
| 1000 | N/A | A | S | Q | C | N | |
| 1015 | N/A | A | S | Q | C | N | |
| 1030 | N/A | A | S | Q | C | N | |
| 1046 | N/A | A | X | Q | C | N | |
| 1109 | N/A | A | X | Q | C | N | |
| 1117 | N/A | A | X | Q | C | N | |
| 1202 | N/A | A | X | Q | C | N | |
| 1218 | N/A | A | X | Q | C | N | |
| 1235 | N/A | A | X | Q | C | N | |
| 1256 | N/A | A | X | Q | C | N | |
| 1302 | N/A | A | X | Q | C | N | |
| 1319 | N/A | A | X | Q | C | N | |
| 1336 | N/A | A | X | Q | C | N | |
| 1353 | N/A | A | X | Q | C | N | |
| 1412 | NA | A | Floor | Q | C | N | ne |
| 1439 | NA | A | Floor | Q | C | N | ne |
| 1507 | NA | A | Door | Q | C | N | ne |
| 1535 | NA | A | Door | Q | C | N | ne |
| 1600 | NA | A | Bed | Q | C | N | ne |
| 1625 | NA | A | Bed | Q | C | N | ne |
| 1650 | NA | A | Bed | Q | C | N | no |
| 1717 | NA | A | Bed | Q | C | N | ne |
| 1742 | NA | A | Bed | Q | C | N | ne |
| 1800 | N/A | A | Bed | Q | C | N | cw |
| 1822 | N/A | A | Bed | Q | C | N | cw |
| 1845 | N/A | A | Bed | Q | C | N | cw |
| 1902 | N/A | S | Bed | Q | C | N | cw |
| 1925 | N/A | S | Bed | Q | C | N | cw |
| 1941 | N/A | S | Bed | Q | C | N | cw |

** Any signs of suspected injury or physical distress must be reported to medical staff immediately.

| Resident Name (Last, Middle, First) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| Cheatham Ryan | 96143 | ███ | B/M | LSCF |

DATE: 07-7-25
7-8-25

# ADULT BEHAVIORAL HEALTH SERVICES MONITORING SHEET FOR
BEHAVIORAL HEALTH MONITORING, INTERMITTENT SUICIDE OBSERVATION, CONTINUOUS SUICIDE OBSERVATION, CLINICAL RESTRAINTS, EMERGENCY PSYCHOTROPIC MEDICATION

| | |
|---|---|
| ✓ Behavioral Health Monitoring: | Staggered/Unpredictable Observation not to exceed > than 30 minutes (at least three checks per hour) |
| ___ Intermittent Suicide Observation: | Staggered/Unpredictable Observation not to exceed > than 15 minutes (at least five checks per hour) |
| ___ Continuous Suicide Observation: | Continuous Observation & Log every 15 minutes |
| ___ Clinical Restraints: | Continuous Observation & Log every 15 minutes |
| ___ Emergency Psychotropic Medication: | Continuous Observation & Log every 15 minutes |

| Time | Restraints Intact (X) | Sleeping or Awake (S/A) | Sitting on Floor (X) | Quiet or yelling (Q/Y) | Agitated or Calm (A/C) | Signs of Injury (Y/N?) | Officer's Signature |
|---|---|---|---|---|---|---|---|
| 1958 | N/A | A | Bed | Q | C | N | Cr |
| 208S | N/A | A | Bed | Q | C | N | Cr |
| 2039 | N/A | S | Bed | Q | C | N | Cr |
| 2056 | N/A | S | Bed | Q | C | N | Cr |
| 2122 | N/A | S | Bed | Q | C | N | Cr |
| 2143 | N/A | S | Bed | Q | C | N | Pike |
| 2202 | X | A | X | Q | C | N | Pike |
| 2220 | X | A | X | Q | C | N | Pike |
| 2237 | X | A | X | Q | C | N | Pike |
| 2253 | X | A | X | Q | C | N | Pike |
| 2309 | X | A | X | Q | C | N | Pike |
| 2330 | X | A | X | Q | C | N | Pike |
| 2350 | X | A | X | Q | C | N | Pike |
| 0010 | X | A | X | Q | C | N | Pike |
| 0029 | X | A | X | Q | C | N | Pike |
| 0049 | X | A | X | Q | C | N | Pike |
| 0110 | X | A | X | Q | C | N | Pike |
| 0128 | X | A | X | Q | C | N | Pike |
| 0150 | X | A | X | Q | C | N | Pike |
| 0210 | X | A | X | Q | C | N | Pike |
| 0230 | X | A | X | Q | C | N | Pike |
| 0249 | X | A | X | Q | C | N | Pike |
| 0309 | X | A | X | Q | C | N | Pike |
| 0327 | X | A | X | Q | C | N | Pike |
| 0340 | X | A | X | Q | C | N | Pike |
| 0400 | X | A | X | Q | C | N | Pike |
| 0422 | X | A | X | Q | C | N | Pike |
| 0441 | X | A | X | Q | C | N | Pike |
| 0500 | X | A | X | Q | C | N | Pike |
| 0515 | X | A | X | Q | C | N | Pike |
| 0536 | X | SA | X | Q | C | N | Pike |

7/8

** Any signs of suspected injury or physical distress must be reported to medical staff immediately.

| Resident Name (Last, Middle, First) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| Cheatham, Ryan | 96193 | ▓▓▓ | B/M | LSCF |

DATE: 7/8/25

Attachment A, IMPP 10-105D
Effective 06-25-24

### ADULT BEHAVIORAL HEALTH SERVICES MONITORING SHEET FOR
BEHAVIORAL HEALTH MONITORING, INTERMITTENT SUICIDE OBSERVATION, CONTINUOUS SUICIDE
OBSERVATION, CLINICAL RESTRAINTS, EMERGENCY PSYCHOTROPIC MEDICATION

X Behavioral Health Monitoring: Staggered/Unpredictable Observation not to exceed > than 30 minutes (at least three checks per hour)

____ Intermittent Suicide Observation: Staggered/Unpredictable Observation not to exceed > than 15 minutes (at least five checks per hour)

____ Continuous Suicide Observation: Continuous Observation & Log every 15 minutes
____ Clinical Restraints: Continuous Observation & Log every 15 minutes
____ Emergency Psychotropic Medication: Continuous Observation & Log every 15 minutes

| Time | Restraints Intact (X) | Sleeping or Awake (S/A) | Sitting on Floor (X) | Quiet or yelling (Q/Y) | Agitated or Calm (A/C) | Signs of Injury (Y/N?) | Officer's Signature |
|---|---|---|---|---|---|---|---|
| 0552 | X | S | X | Q | C | N | Pike |
| 0602 | N/A | A | Bed | Q | C | N | Bochy |
| 0618 | N/A | A | Door | Q | C | N | Bochy |
| 0639 | N/A | S | Bed | Q | C | N | Bochy |
| 0658 | N/A | S/A | Door | Q | C | N | Bochy |
| 0717 | NA | S | Bed | Q | C | N | Bochy |
| 0738 | NA | S | Bed | Q | C | N | Bochy |
| 0750 | NA | S | Bed | Q | C | N | Bochy |
| 0755 | NA | A | Walking | Q | C | N | Bochy |
| 0812 | NA | S | Bed | Q | C | N | Bochy |
| 0833 | NA | A | Door | Q | C | N | Bochy |
| 0848 | NA | A | Walking | Q | C | N | Bochy |
| 0905 | NA | A | Sitting | Q | C | N | Bochy |
| 0919 | NA | A | Sitting | Q | C | N | Bochy |
| 0938 | NA | A | Pacing | Q | C | N | Bochy |
| 0955 | NA | A | Pacing | Q | C | N | Bochy |
| 1013 | NA | A | Door | Q | C | N | Bochy |
| 1029 | NA | A | Door | Q | C | N | Bochy |
| 1041 | NA | A | Meal | Q | C | N | Bochy |
| 1055 | NA | A | Door | Q | C | N | Bochy |
| 1110 | NA | A | Pacing | Q | C | N | Bochy |
| 1136 | NA | A | Door | Q | C | N | Bochy |
| 1208 | NA | A | Door | Q | C | N | Bochy |
| 1227 | NA | A | Door | Q | C | N | Bochy |
| 1242 | NA | A | Bed | Q | C | N | Bochy |
| 1308 | NA | A | Hearing w/ EdSt | Q | C | N | Bochy |
| 1328 | NA | A | I | Q | C | N | Bochy |
| 1333 | NA | A | I | Q | C | N | Bochy |
| 1349 | NA | A | Bed | Q | C | N | Bochy |

** Any signs of suspected injury or physical distress must be reported to medical staff immediately.

| Resident Name (Last, Middle, First) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| Cheatham, Ryan | 96193 | ███ | B/M | LSCF |

DATE:

## ADULT BEHAVIORAL HEALTH SERVICES MONITORING SHEET FOR
## BEHAVIORAL HEALTH MONITORING, INTERMITTENT SUICIDE OBSERVATION, CONTINUOUS SUICIDE OBSERVATION, CLINICAL RESTRAINTS, EMERGENCY PSYCHOTROPIC MEDICATION

_____ Behavioral Health Monitoring:     Staggered/Unpredictable Observation not to exceed > than 30 minutes (at least three checks per hour)

_____ Intermittent Suicide Observation:     Staggered/Unpredictable Observation not to exceed > than 15 minutes (at least five checks per hour)

_____ Continuous Suicide Observation:     **Continuous Observation & Log every 15 minutes**

_____ Clinical Restraints:     **Continuous Observation & Log every 15 minutes**

_____ Emergency Psychotropic Medication:     **Continuous Observation & Log every 15 minutes**

| Time | Restraints Intact (X) | Sleeping or Awake (S/A) | Sitting on Floor (X) | Quiet or yelling (Q/Y) | Agitated or Calm (A/C) | Signs of Injury (Y/N?) | Officer's Signature |
|------|------|------|------|------|------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

** Any signs of suspected injury or physical distress must be reported to medical staff immediately.

| Resident Name (Last, Middle, First) | DOC# | DOB | Race/Sex | Facility LSCF |
|------|------|------|------|------|
| | | | | |