Jon D. Graves, Legal Counsel, SC #10554
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
Telephone: (620) 625-7253
Jon.Graves@ks.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

RYAN CHRISTOPER CHEATHAM )
)
        Plaintiff, )
)
    v. )    Case No. 25-3241-JWL
)
TIM EASLEY (LSCF WARDEN), )
(fnu) GRAHAM (LSCF MAJOR), )
(fnu) BIEBERLE (LSCF CAPTAIN), )
(fnu) COBB (LSCF CORRECTIONAL )
OFFICER), (fnu) HOPKINS )
(LSCF CORRECTIONAL OFFICER), )
and (fnu) FORD (LSCF )
CORRECTIONAL OFFICER) )
)
        Defendants. )
_____ )

# EXHIBIT 17

# SECURITY VIDEO OF USE OF FORCE
## (Filed Conventionally and Under Seal)

EXHIBIT 17