Jon D. Graves, Legal Counsel, SC #10554
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
Telephone: (620) 625-7253
Jon.Graves@ks.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| RYAN CHRISTOPER CHEATHAM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-3241-JWL |
| | ) | |
| TIM EASLEY (LSCF WARDEN), | ) | |
| (fnu) GRAHAM (LSCF MAJOR), | ) | |
| (fnu) BIEBERLE (LSCF CAPTAIN), | ) | |
| (fnu) COBB (LSCF CORRECTIONAL | ) | |
| OFFICER), (fnu) HOPKINS | ) | |
| (LSCF CORRECTIONAL OFFICER), | ) | |
| and (fnu) FORD (LSCF | ) | |
| CORRECTIONAL OFFICER) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# EXHIBIT 18

## SECURITY VIDEO OF PLAINTIFF BEING UNRESTRAINED IN CRISIS LEVEL CELL

**(Filed Conventionally and Under Seal)**

EXHIBIT 18