



EXHIBIT

