Jon D. Graves, Legal Counsel, SC #10554
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
Telephone: (620) 625-7253
Jon.Graves@ks.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

RYAN CHRISTOPER CHEATHAM   )
                                  )
         Plaintiff,          )
                                  )
   v.                     )     Case No. 25-3241-JWL
                                  )
TIM EASLEY (LSCF WARDEN),   )
(fnu) GRAHAM (LSCF MAJOR),   )
(fnu) BIEBERLE (LSCF CAPTAIN),  )
(fnu) COBB (LSCF CORRECTIONAL  )
OFFICER), (fnu) HOPKINS       )
(LSCF CORRECTIONAL OFFICER),  )
and (fnu) FORD (LSCF          )
CORRECTIONAL OFFICER)      )
                                  )
         Defendants.      )
_____)

# EXHIBIT 21

# INTERNAL MANAGEMENT POLICY AND
# PROCEDURE 12-111A

# (Filed Under Seal and with Protective Order)


EXHIBIT 21