# LARNED STATE CORRECTIONAL FACILITY

## PRINCIPAL ADMINISTRATOR'S RESPONSE TO GRIEVANCE

Grievance #:  **IA-003461**

Inmate Name:  **Cheatham, Ryan**

KDOC #:  **2000064842**

Date Received by Principal Administrator:  **August 19, 2025**

Date of Final Answer:  **December 31, 2025**

**Findings of Fact:** In your grievance, you indicate a "use of excessive force" was used on you, stating "I didn't have no weapons in my hand nor when I put my hands up in the submission position did the officer instruct me to cuff up or get on the ground." You further indicate they shot you multiple time in the back and back of your head. You state as a resolution you want them to lost their jobs and "be compensated monetarily damages."

**Conclusions Made:** A review of the incident shows you had refused to come in from the segregation yard modules and climbed on top of the dip bar in the module, where you began removing wire from the top of the segregation yard module. You wrapped the wire around your knuckles making sure the wire was poking outward. Staff made numerous requests to get you to leave the segregation yard module. When the requests failed, at that time was a use of force authorized. Staff followed procedures as they were trained in the use of the pepper ball gun. You ultimately agreed to be restrained and returned to your room.

**Action Taken:** No further action is necessary at this time.

Continue to work with and your Case Manager to resolve issues at the lowest level possible, following the grievance procedure.

Pursuant to K.A.R. 44-15-102, you may appeal the grievance response by submitting the appropriate form to the secretary of corrections.

_____
Signature of Principal Administrator

EXHIBIT 22

714 S.W. Jackson St., Suite 300
Topeka, KS 66603

**Kansas**
Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

## MEMORANDUM

DATE:     August 11, 2025

TO:       Warden Easley
          Larned State Correctional Facility

FROM:     Darcie Holthaus CMII
          Corrections Manager- Facility Management

SUBJ:     0096193 Cheatham, Ryan
          Attached grievance

We received the attached grievance appeal form from the above noted inmate. We noted that there is no evidence that the inmate has sought assistance from staff at the facility regarding this complaint.

In compliance with K.A.R. 44-15-102 (c) (4), we are forwarding this to you for response to the inmate. On this date, we advised the inmate of our action regarding this complaint.

You advised staff at the facility that you bypassed them and sent this straight to central office. On the grievance you stated you sent this to the Warden but never received a response. It appears you never sent it through the proper channels, nor to the Warden.

Thank you for your assistance with this matter.

Enclosure-original grievance report form.

Image:  SOCRESP
        w/attachments

Cheatham
**Last Name Only**

## KANSAS DEPARTMENT OF CORRECTIONS

9693

**Number**

### INMATE REQUEST TO STAFF MEMBER

To: Secretary Of Corrections          Date: 7-29-25

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

this is my Level 3 grievance on matter of use of force (Excessive) that Happened July 4th 2025. please find enclosed this Form 9 is a receipt to show I am Exhausting Administrative Remedies.

Work Assignment: _____    Living Unit Assignment: E 20

Comment: _____    Detail or C.H. Officer: (of Kellyam 1257

Disposition: _____

RECEIVED

AUG 07 2025

DOC Facility Management Area

To: _____          Date: _____

(Name & Number)

Disposition: _____

**Employee's Signature**          **To be returned to inmate.**

P-0009

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

2 00006842

## INMATE COMPLAINT

Inmate's Name Ryan Cheatham     Number 96193

Facility Larned     Housing Unit E-20     Work Detail Layin

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). On July 4th 2025. A use of excessive force was carried out on me. I didn't have no weapons in my hand nor when I put my hands up in a submission position did the officer instruct me to cuff up or get on the ground. Instead they shot me multiple times in the back. and back of my head. I want them to lose there jobs, and compensated. monotary damages.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). Never returned got receipts

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

Submitted to warden, however never returned to inmate.

RECEIVED

AUG 0 7 2025

DOC Facility Management Area

_____     _____
Unit Team Signature        Date

## INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____     _____
Inmate Signature        Date

## WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received 08-19-25     Date of Final Answer 12/3/25     Date Returned to Inmate _____

_____    _____    _____    _____
Inmate's Signature     Date     Unit Team Signature     Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number     IA-003461

Type of Complaint (Item 4: Code 01-75)     31

Cause of Complaint (Item 5: Code 01-30)     01

Type of Response (Item 6a: Code 01,02,08 or 09)     01