# AFFIDAVIT

**State of Kansas**     )
                        )   ss:
**County of Pawnee**    )

I, Odane Bernard, Correctional Officer II, at the Larned State Correctional Facility (LSCF), being duly sworn according to law upon my oath, do hereby certify and affirm that I have personal knowledge of the following to be true:

1. My name is Odane Bernard and I am a Correctional Officer II at Larned State Correctional Facility (LSCF), located in Larned, Kansas. I have been employed by the State of Kansas Department of Corrections since October of 2020.
2. I understand that plaintiff inmate Ryan Cheatham has filed a lawsuit regarding a use of force on July 4, 2025.
3. I was assigned to the Cell Extraction Team assembled to remove Mr. Cheatham from his location in the segregation exercise yard.
4. I was assigned to enter first and was responsible for securing Mr. Cheatham's head.
5. The five man team was briefed at 9:55 a.m. and arrived on site at 9:57 a.m..
6. The only negotiations that I saw began at 9:58 a.m. and were determined to have failed at 10:01 a.m.. Either master sergeant Lang or Hopkins talked with Mr. Cheatham again trying to convince him to submit to restraints before using the pepper ball guns. After Mr. Cheatham refused or ignored them, he was shot by both with several pepper balls at 10:02 a.m.. Mr. Cheatham was again asked by one of the two to submit to restraints. Mr. Cheatham again refused and another volley of pepper balls was fired at 10:04 a.m.. At 10:05 Mr. Cheatham allowed himself to be restrained.
7. COI Tyler Madewell was the fifth man on the team. He assisted me in removing clothing from around Mr. Cheatham's head and face.
8. I put handcuffs on Mr. Cheatham and assisted COI Madewell and CSI Ford in escorting Mr. Cheatham to segregation where he received a decontamination shower and was assessed by the nursing staff.
9. I did not observe any injury to Mr. Cheatham beyond a little bruising from the pepper balls and the effect of the chemical itself. I also heard him tell the nurse that he was alright.

EXHIBIT 23

10. Any actions I took or did not take regarding plaintiff Cheatham were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity.

FURTHER AFFIANT SAITH NOT!

_____
Odane Bernard

Subscribed and sworn to before me this __4__ day of ~~January~~ February KB, 2026.

_____
CCI Katlynn Billinger
Notary Public

NOTARY PUBLIC - State of Kansas
KATLYNN BILLINGER
My Appt Expires 9-22-26