Jon D. Graves, Legal Counsel, SC #10554
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
Telephone: (620) 625-7253
Jon.Graves@ks.gov


## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| RYAN CHRISTOPER CHEATHAM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-3241-JWL |
| | ) | |
| TIM EASLEY (LSCF WARDEN), | ) | |
| (fnu) GRAHAM (LSCF MAJOR), | ) | |
| (fnu) BIEBERLE (LSCF CAPTAIN), | ) | |
| (fnu) COBB (LSCF CORRECTIONAL | ) | |
| OFFICER), (fnu) HOPKINS | ) | |
| (LSCF CORRECTIONAL OFFICER), | ) | |
| and (fnu) FORD (LSCF | ) | |
| CORRECTIONAL OFFICER) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |


## MOTION TO FILE UNDER SEAL AND CONVENTIONALLY EXHIBITS 13, 17 AND 18 AND FILE UNDER SEAL EXHIBIT 21 TO INVESTIGATIVE REPORT PREPARED PURSUANT TO "MARTINEZ V. AARON"


Comes now, Jon D. Graves, Legal Counsel directed to prepare a Martinez Report in

the above captioned matter and respectfully moves the Court pursuant to local rule 5.4.6 for

permission to file certain exhibits under seal and conventionally to be considered as a part of the <u>Martinez</u> Report in the above captioned matter.

In Support of this Motion, Counsel would state as follows:

1. Pursuant to Local Rule 5.4.6 counsel must file a motion for leave to file documents under seal and conventionally in the Electronic Filing System.

2. The documents and video sought to be filed under seal and conventionally are Exhibit 13, Exhibit 17 and Exhibit 18.

3. Exhibit 13 is the plaintiff's medical record from June 1, 2025 to present (approximately December 24, 2025)  Plaintiff will be allowed to view the records, but not possess the Thumb Drive.  The medical record it is not feasible for counsel directed to prepare this Martinez Report to hand redact each page.  This justifies sealing the medical record from viewing by those other than the party or his attorney.

4. The digital volume of Exhibit 17 and Exhibit 18 are security videos of the incident about which plaintiff complains. In the last part of the video, plaintiff's clothing is removed.  This should not be made a part of the public filing for that reason.  Plaintiff will be allowed to view the videos, but not possess the thumb drive for security reasons. Additionally, the size of the exhibit is many times too large to file electronically.

5. The document sought to be filed under seal is Exhibit 21.

6. Exhibit 21 is the Internal Management Policy and Procedure 12-111A.  For security reasons plaintiff cannot view or possess this policy.

The Court is respectfully requested to allow Legal Counsel to file Exhibit 13, Exhibit 17 and Exhibit 18 to the Martinez Report under seal and in a conventional form rather than electronically, to file Exhibit 21 under seal and to direct that plaintiff will not be allowed to possess or view the use of force policy identified as Exhibit 21.

Respectfully submitted,

By   /s/ Jon D. Graves

  Jon D. Graves #10554
  P.O. Box 1568
  Hutchinson, KS 67504-1568
  (620) 625-7253
  Jon.Graves@ks.gov
  **Attorney for Interested Party**

CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Attorney General, Memorial Bldg., 2nd Floor, 120 S.W. 10th Ave., Topeka, KS 66612-1597 and by mailing a copy to:

Ryan Christopher Cheatham #2000064842
El Dorado Correctional Facility
P.O. Box 311
1737 SE Highway 54
El Dorado, KS  67042

                  /s/ Jon D. Graves
                  Jon D. Graves