IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RYAN CHRISTOPHER CHEATHAM,

    Plaintiff,

    v.                                                    CASE NO. 25-3241-JWL

TIM EASLEY, et al.,

    Defendants.

## ORDER

Plaintiff, Ryan Christopher Cheatham, who is currently incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas, brings this pro se civil rights case under 42 U.S.C. § 1983. The Court granted Plaintiff leave to proceed in forma pauperis. On December 22, 2025, the Court entered a Memorandum and Order (Doc. 6) ("M&O") finding that the proper processing of Plaintiff's claims cannot be achieved without additional information from appropriate Kansas Department of Corrections ("KDOC") officials and ordering the preparation of a *Martinez* Report. This matter is before the Court on the KDOC's Motion to File Under Seal and Conventionally Exhibits 13, 17 and 18 and File Under Seal Exhibit 21 to Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 12).

The motion seeks to file Exhibits 13, 17, and 18 to the Report under seal and conventionally. Exhibit 13 consists of Plaintiff's medical records and is too large to redact each page. Exhibits 17 and 18 are security videos and contain footage of Plaintiff without clothing. The size of the exhibits is too large to file electronically. Exhibit 21 is the Internal Management Policy and Procedure 12-111A dealing with the use of force policy and Plaintiff will not be allowed to view of possess the exhibit for security reasons. The motion is granted.

1

**IT IS THEREFORE ORDERED BY THE COURT** that the Motion to File Under Seal and Conventionally Exhibits 13, 17 and 18 and File Under Seal Exhibit 21 to Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 12) is **granted.**

**IT IS FURTHER ORDERED** that Exhibits 13, 17, and 18 to the *Martinez* Report shall be filed under seal and conventionally. The filing party must submit an original and one copy of the conventionally-filed exhibits to the Topeka Clerk's Office as soon as practical. One copy will serve as the original and will be maintained in the Clerk's Office and the second copy will be forwarded to chambers by the Clerk's Office.

**IT IS FURTHER ORDERED** that Exhibit 21 to the *Martinez* Report shall be filed under seal and shall not be provided to Plaintiff.

**IT IS FURTHER ORDERED** that Exhibit 21, provisionally sealed at Doc. 13, shall remain under seal. The Clerk is directed to remove the provisional designation from Doc. 13.

**IT IS SO ORDERED**.

**Dated February 5, 2026, in Kansas City, Kansas.**

S/ John W. Lungstrum
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**
