FILED
U.S. District Court
District of Kansas
02/09/2206
Clerk, U.S. District Court
By: SND Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Ryan Cheatham
  Plaintiff
V.                                        5:25-CV-03241-JWL
Tim Easley
  Defendant et al.

## MOTION FOR PLAINTIFF TO RECEIVE A PERSONAL LABTOP WITH LEGAL AFFAIR ACCESS ONLY.

Comes now Plaintiff and moves this Court for an order to the facility, Eldorado Correctional, And or the Secretary of Corrections, And or the Attorney General, And or whom ever it may concern, To allow plaintiff to be allowed a personal Labtop with limited access to conduct his legal affairs only, in support plaintiff proffers;

(1.) Plaintiff has several pending litigations that cause for extensive research in which plaintiff currently has no law library access, as the law library tablet continues to be held on too, and plaintiff hasn't had a chance to access the tablet since his arrival at the Eldorado Correctional facility.

(2.) Plaintiff would ask this Court to allow, on this Labtop, access to "CHAT GPT", and plaintiff wants to pay the $20.00 off his force savings to the facility so that he can use the "Chat GPt" to aid him in his current litigation, since Courts won't assign an Attorney or consider too, until after screening.

(3.) Plaintiff need only to use this labTop for his legal Affair, and if found to abuse it, the facility can confiscate the device.

(4.) Plaintiff would also ask for Access on this device to allow Any future Attorneys to video visit plaintiff, Plaintiff needs to be able to Communicate with these Attorneys, Plaintiff either plans to seek his own representation by or Attorneys, Or If later this court appoints counsel.

Therefore plaintiff Request this court grant this foregoing motion and all aboved Mentioned.

Respectfully
Submitted

[signature]