In THE UNITED STATES DIstrict Court
For THE STATE of Kansas

FILED
U.S. District Court
District of Kansas
02/23/2026
Clerk, U.S. District Court
By: JAL Deputy Clerk

Ryan Cheatham
   plaintiff

Tim Easley
   defendants et al.

Case No 25-3241-JWL
submitted to be E-filed
on Feb 22, 2026

(Pursuant to rule 12(F)
 rule 56(c)(4))

Plaintiffs Motion to Strike and Plaintiffs Objection to The witness STATEMENTS #9 Anthony Hopkins #9. of defendants Martinez ~~Report to Support~~

Comes now Plaintiff and herebys Objects to the defendants witness STATEMENTS #9 Anthony Hopkins and request this court to strike #9 Anthony Hopkins witness Statement and Affidavit under rule 12(F) and rule 56(c)(4), in support plaintiff proffers;

(1.) Officer Hopkins states He stepped Back from the fence to be sure plaintiff was Not able to grab the barrel of the weapon. Controverted as Statement is not on personal knowledge, Controverted as statement contains Hearsay, Controverted as statement is Conclusory and lack foundation. Please See video footage from the incident Plaintiffs HANDS WAS UP AND BACK Facing shooters Also there was a Fenced wired cage Seperating plaintiff and officers, there was No way for plaintiff to grab the Gun. There fore plaintiff Request this Statement be stroke/striked and plaintiff objects to this Statement
Respectfully Submitted Ryan Cheatham

1 of 1