IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas
02/23/2026
Clerk, U.S. District Court
By:_JAL_Deputy Clerk

RYAN Cheatham
           Plaintiff

V.

Tim Easley
        defendant.

Case NO 25-3241-JWL

Submitted for E-file on
2-21-26
with 3 Exh Sick-calls
        attached. & AFF.

Plaintiff's Response To Defendants
"Martinez Report"

Comes now Plaintiff RyAN Cheatham and hereby
responds to the defendants Martinez Report and
Controverts the following, in support plaintiff proffers:

(1.) Plaintiff Controverts Section 11. Page #5,
The reason for use of force * Plaintiff had a weapon
( Wire from the fencing wrapped around his fingers
and plaintiff threatened staff if they entered his
exercise Area, Controverted: See Plaintiff's Affidavit/
plaintiff wasn't armed with weapons and told cobb long before
the incident that he wasn't trying to fight the officers and
catch more time. Plaintiff picked up the wires located on the
ground and handed them to officer Cobb, See also video footage
Officer Never take any wires off plaintiff's hands.

(2.) Plaintiff Controverts: The Section page #6 that states
      Plaintiff refused Medical, See Plaintiff's Affidavit, Plaintiff
did sustain open wombs however plaintiff put in sick-calls
addressing "Sharp pains in his Back, as well as Foot and Flashback
See Exh sick-calls.

(3.) Plaintiff Controverts Defendants Claiming Plaintiff was ordered to cuff-up once his hands was up. See video, officers Start shooting Plaintiff both times when plaintiff puts his hands up.

(4.) Officer Hopkins states he stepped back from the fence to be sure Plaintiff was not able to grab the barrel of the weapon Controverted Plaintiff's BACK was toward the officers and "Hands up" Also the Fence had wire square shapes that wouldn't allow Plaintiff to grab any gun.

(5.) Officer Hopkins claims 55 pepper balls was fired to make sure they Hit plaintiff Controverted see witness statement #8. Tanner Lang, This officer fired 12 rounds 6, then 6. Officer Hopkins was intending to Hurt Plaintiff Not restore order.

(2)

(2 of 3)



Therefore plaintiff responds to the defendants Martinez Report, Plaintiff also did not get these defendants Answer to Martinez Report until 2-20-26, between Hrs 2:00 pm - 4:30 pm from unit-team Manager Johnson, Plaintiff did not open his legal mail. Plaintiff submits 3, & Sick-call Exhibits in support as well.

Respectfully
Submitted

2000064842

This document was
Turned in to be E-filed
by unit-team crawford, berry
or Johnson on 2-21-26

3 of 3    (2)