IN THE United States District Court
FOR THE District of Kansas

FILED
U.S. District Court
District of Kansas
02/23/2026
Clerk, U.S. District Court
By: JAL  Deputy Clerk

Ryan Cheatham
　　plaintiff
V.                                      Case  25-3241-JWL
Tim Easley                    Turned in to be E-filed
　Defendants                  on 2-22-26.

MOTION FOR Objection under rule 56(c)(4) To the "Contact Chrono" Report submitted by the defendants in the Martinez Report.

Comes now Plaintiff and Moves this court for Plaintiff's Objection to the "Contact chrono Report submitted by the defendants in the "Martinez Report" under rule 56(c)(4) In support plaintiff proffers;

(1.) The provided Chrono Report is irrelevant to the incident on July 4th 2025. Defendants even state this in the submitted Martinez Report. Plaintiff believes this document was provided to distract the courts from the relevant task and attempt to ~~persuede~~ persuade the court in a negative direction.

Therefore Plaintiff objections to the admission of this "Contact Chrono Report".

Respectfully
Submitted

1 of 1