IN THE UNITED STATES DISTRICT Court
FOR THE DISTRICT of Kansas

Ryan Cheatham
     Plaintiff

V.

Tim Easley
    Defendants et al

Case No 25-3241-JWL

Submitted for E-file
2-26-26

FILED
U.S. District Court
District of Kansas
02/27/2026
Clerk, U.S. District Court
By: JAL Deputy Clerk

Plaintiff's Supplemental evidence to Plaintiff's Response to defendants "Martinez Report" Exhibit "2"

Comes Now plaintiff and hereby supplements his Response to the defendants Martinez Report. Plaintiff provides Exhibit "2". In support of his Response to defendants position that the force wasn't excessive (see Exhibit 2). In support plaintiff proffers:

(1.) Exhibit "2" shows that the documented Report 2026-08-001 contained a statement "work to improve amount of pepperballs used for force" Contrary to Tim Easley's position that Hopkins "55" shots wasn't Excessive. Therefore plaintiff submit this evidence to shed further light on the contradicting statements.

Respectfully
Submitted  [signature]   #000064842

2026-08-0001
Cont'd from Page 2

AAR. Discuss positive results and multiple Staff negotiating and staff remaining Patient. Work to improve amount of pepperballs used for force.

Exhibit "Z"
States "work to improve amount of pepper balls used for force"