IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas
03/06/2026
Clerk, U.S. District Court
By: JAL Deputy Clerk

Ryan Cheatham
    Plaintiff

5:25-CV-03241-JWL

V.

Tim Easley
    Defendants et al

## Plaintiff's Motion for Expedite Summary Judgment

Comes Now Plaintiff Ryan Cheatham and hereby moves this court for an Expedite Summary judgment in this matter as Plaintiff asserts no Geniune issue as to Any Material fact and the Movant is entitled to judgment as a Matter of Law. In support plaintiff proffers;

### STATEMENT of Uncontroverted FACts

(1.) The entire incident ON July 4th 2025 at the Larned Correctional Facility was provided to this Court via Video footage. Exhibit "17" of the Martinez Report.

(1)

(2.) Plaintiff was shot in his Back and in the Back of his head by officer Hopkins and officer Tanner Lang (Lang Not named as a defendant in case) with pepperball projectiles

(3.) Officer Hopkins fired a total of 55 pepperball projectiles. See officer Hopkins Affidavit. Listed # 6 of defendants Exh.

(4.) Officer Tanner Lang fired 12 pepperball projectiles. See Langs Affidavit listed # 10. of defendants Exh.

(5.) There was a total of 67 pepperballs fired at Plaintiff while his Back was facing defendants and Plaintiff wasn't trying to grab no gun of the officers nor was plaintiff actively being violent towards the officers.

(6.) The video shows Plaintiff un-armed with no weapons. Nor was any weapons taking from Plaintiff after Plaintiff cuffed up.

(2)

(7.) Plaintiff was at the far end of the other side of the segregation yard cage he was in when officers was shooting Plaintiff. Plaintiff could not grab any guns nor did He try to grab any guns. of officers.

(8.) Plaintiff sustained multiple injurys to his Back, Head, legs from the pepperball projectiles. See Exh. 19, Photos after Incident

(9.) There isn't a set number of How Many pepperball projectiles Hit Plaintiff.

(10.) Plaintiff Request $500,000 dollars in punitive damages.

(11.) Plaintiff Exhausted All Administrative Remedies, And can provide Court with proof.

(12.) The totality of Pepperballs fired was to inflect Pain, Not to just restore Order. (3) see video.

(13.) A Physical use of force was ordered by Warden Easley, and then was later Changed to the deployment of pepperball projectiles. See AFF. Tim Easley.

(14.) Not one time did Plaintiff Make any threats to Staff Members, Plaintiff as Stated He wasn't trying to fight Staff (see video.)

(15.) No discovery is Needed in this Matter as this incident was caught of video.

(16.) Plaintiff wishes to dismiss those from the case who this court deems Had No personal participation.

Respectfully
Submitted
*/s/*

(4.)

# Arguments and Authorities

### - Legal Standard -

Summary Judgment is appropriate if the Moving party demonstrates that there is no geniuine issue as to any material fact and the Movant is entitled to Judgment as a matter of Law. A fact is material when it is essential to the Claim and issues of fact are genuine if the proffered evidence permits a reasonable Jury to decide the issue in either party's favor. The Movant bears the initial burden of proof and must show the lack of evidence on an essential element of the claim. The Non Movant must then bring forth specific facts showing a genuine issue for trial. These facts must be clearly identified through Affidavits, deposition transcript, or incorporated Exhibits. Conclusory allegations alone cannot survive a Motion for summary Judgment. The Courts view all evidence and reasonable inferences in the light most favorable to the Non-Moving party, Fed. R. Civ. P. 56(a)

5.

Conclusion

Plaintiff therefore Moves this court for an Expedite ruling on the evidence presented by Plaintiff here in his un controverted Facts and grant Plaintiff Summary judgment as there is No genuine dispute of Material Fact. Plaintiff Request the MAXIMUM Amount of damages and ask court to grant Any other Relief it deems justice.

Respectfully
Submitted

*[signature]*

(6.)