Ryan Christopher Cheatham #2000064842
El Dorado Correctional Facility
P.O. Box 311
1737 SE Highway 54
El Dorado, KS 67042

/s/ Jon D. Graves
Jon D. Graves

## EXHIBIT LIST

1. Inmate Data Summary sheet for plaintiff Ryan Christopher Cheatham
2. Affidavit of Tim Easley
3. Affidavit of James Graham
4. Affidavit of Ronald Bieberle
5. Affidavit of Angie Lines
6. Affidavit of Anthony Hopkins
7. Affidavit of Jacob Ford
8. Affidavit of Aaron Cobb
9. Affidavit of Kim Converse
10. Affidavit of Tanner Lang
11. Affidavit of Penny Riedel
12. Disciplinary Report 25-0545
13. Medical Record for June 1, 2025 to present (approximately December 24, 2025) (On Thumb Drive. Plaintiff will be allowed to view, but not possess the Thumb Drive, filed conventionally and under seal)
14. Use of Force Report 2026-08-0001
15. Chrono Report June 1, 2025 – November 19, 2025
16. Behavioral Health Services Monitoring Packet from July 4, 2025, to July 8, 2025
17. Security Video of Use of Force (Plaintiff will be allowed to view, but not possess the Thumb Drive of the video for security reasons- filed conventionally and under seal)
18. Security Video of plaintiff being unrestrained in crisis level cell(Plaintiff will be allowed to view, but not possess the Thumb Drive of the video for security reasons- filed conventionally and under seal)
19. Three photos taken by Aaron Cobb immediately after the use of force
20. Three photos taken at three different times while in a crisis level cell
21. Internal Management Policy and Procedure 12-111A (filed under seal and with protective order)(Plaintiff cannot view or possess for security reasons-staff read only document)
22. Grievance IA-003461
23. Affidavit of Odane Bernard

I, Jon D. Graves, certify that the attached are true and correct copies of records kept in the normal course of business by the Kansas Department of Corrections and the published Kansas Statutes Annotated, Kansas Administrative Regulations, Kansas Department of Corrections