IN THE UNITED STATES District Court
For THE District of Kansas

FILED
U.S. District Court
District of Kansas
03/09/2026
Clerk, U.S. District Court
By: JAL Deputy Clerk

Ryan Cheatham
    Plaintiff

V.

Tim Easley et al
    Defendants

5:25-cv-03241-JWL-

Submitted for E-file
3-5-26

Plaintiff's Motion to Courts for Permission to Obtain a Copy of the "Use of force video". And or remove Protective order / Seal

Comes now Plaintiff and Moves this court for permission to have a copy of the Use of Force video released for plaintiff to obtain counsel, And for public Access in support Plaintiff proffers:

(1.) Plaintiff is his "Own lawyer" acting "Pro se" and is the Prosecutor in this Case and wishes to release and obtain a copy of the "Use of force video" at the Larned Correctional Facility, that only shows the leading up events to the "use of force" and Footage of active Shooters shooting Plaintiff.

1 of 2 (1)

(2.) Plaintiff recently mailed photos of his injurys and officer's statements to a family members resident, and the mail never showed up. This matter is being deliberately silenced. Plaintiff wants the public to have awareness to what transpired on July 4th 2025.

(3.) Plaintiff has attorney in mind that He is seeking representation by and through and the facility is refusing to allow Plaintiff to what he wishes with the video footage.

(4.) Plaintiff would ask for a Hearing on this matter if possible.

Therefore Plaintiff request that the video footage in this matter be made available to the public and or made available for plaintiff to do what he wants with it, as plaintiff being the active prosecutor in this case and he is Pro se, active Attorney, He should be allowed to do what he wishes for public to gain Awarness. Respectfully Submitted

(2.)

2 of 2