**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **RYAN CHRISTOPER CHEATHAM,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TIM EASLEY, *et al.*,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 25-3241-JWL** |

**ENTRY OF APPEARANCE**

**COMES NOW** Scott G. Nading, Assistant Attorney General, and enters his appearance as co-counsel for Defendants R. Bieberle, A. Hopkins, A. Cobb, J. Ford, J. Graham, and Tim Easley.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL

*/s/ Scott G. Nading*
Scott G. Nading, KS Sup Ct. No. 29665
Assistant Attorney General
Office of the Kansas Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 296-2215
Fax: (785) 296-3767
Email: Scott.Nading@ag.ks.gov
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2026, I electronically filed the foregoing with the Court using the CM/ECF system, which will send notice of electronic filing to the following:

Natasha M. Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
Natasha.Carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

Jon D. Graves
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504
Jon.Graves@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy was sent to Plaintiff *pro se* by ordinary mail addressed to:

Ryan Christopher Cheatham #2000064842
El Dorado Correctional Facility-Central
1737 US-54
P.O. Box 311
El Dorado, KS 67042

*/s/ Scott G. Nading*
Scott G. Nading
Assistant Attorney General