FILED
U.S. District Court
District of Kansas
04/10/2025
Clerk, U.S. District Court
By: JAL Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF kansas

Ryan Cheatham
   Plaintiff

   V.

Tim Easley
  Defendant. et al.

5:25-cv-03241-JWL

Plaintiff's Motion for Preliminary Injunction. Plaintiff being Retaliated against by Kansas Department of Correction Staff. Request oral Argument.

Comes now Plaintiff And Moves this court for a preliminary injunction to order kansas Department of Corrections to stop Harrassing plaintiff, retaliating against Plaintiff, by freezing Plaintiff's Financial funds / Inmate Account, Not allowing plaintiff to Support hisself, kansas department of Corrections also rejected plaintiff's TAX Refund Stimulus Check. And Refuses to provide Any explanation to plaintiff, And Refuses to allow Plaintiff to Contact the IRS Via Phone As letters will Not Suffice IRS instructions, to follow. Plaintiff's families Support Financially has also been frozen on plaintiff's inmate account. Not allowing Him to order Hyigene Items, purchase Phone time.

(1)

By Commissary items, Plaintiff cannot file future litigations due to not being provided Bank statments, Plaintiff cannot buy stamps to contact His ~~Brother~~, family because plaintiff has money on His Books that the Accounting Staff / Central inmate banking has froze. Also. the Facility / Accounting staff, put "Ghost Money" on Plaintiff's Account, and allowed Plaintiff to receive commissary orders, Now charging Plaintiff $395 for Money that they put on Plaintiff's Account. Plaintiff Request oral Argument on this Matter, If this court Refuses to act on Plaintiff's Behalf. Plaintiff wishes, for a Stay of proceedings to seek relief from the 10th Circuit.

Respectfully
Submitted

(2.)