IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Kansas

Ryan Cheatham
    plaintiff
        V.
Tim Easley
    defendants
        et al.

FILED
U.S. District Court
District of Kansas
04/10/2026
Clerk, U.S. District Court
By: JAL Deputy Clerk

5:25-CV-03241-JWL

Submitted for E-file
        4-10-26.

MOTION FOR Default Judgment
For DOC 21, DOC 22, in support of DOC 21.
Plaintiff's Motion for Summary Judgment.

Comes Now Plaintiff and hereby Moves this Court to enter Default Judgment against Defendants in the Mentioned Case due to failure to Contest Plaintiffs Motion for expedited Summary Judgment. Pursuant to Rule 56, A party May Move for Summary Judgment When ever,

Therefore plaintiff Request default Judgment be entered as there was No Contest to the Motion. the Incident was on Video, discovery doesn't Need to take place; it's been over 21 days, and defendants didn't Contest plaintiffs Motion, default judgment Shall be entered as a Matter of Law + right.

Respectfully
Submitted