**FILED**
**U.S. District Court**
**District of Kansas**
04/22/2026
**Clerk, U.S. District Court**
**By:_JAL_Deputy Clerk**

# Plaintiff's Declaration

Comes Now Plaintiff Ryan Cheatham being duly sworn and states under the penalty of perjury the foregoing being true and Correct.

(1.) I am the Plaintiff in this on going matter and have personal knowledge of the events and can testify as to what has taken place at the Larned Correctional Facility involving a "use of force" on July 4th 2025.

(2.) At 7:40 Am , Segregation Yard began at the Larned Correctional Facility, Plaintiff Did not possess! Any wire at this time. Plaintiff was being escorted to the Segregation yard.

(3.) Segregation Yard for All Segregation inmates was Over At 8:30 , every day this time concludes segregation yard.

(1)

(4.) Plaintiff received a Disciplinary Report, for "Disobeying orders" and threatening and intimidating, "NOT" Dangerous Contranband 44-12-J "901" Weapons,

(5.) Plaintiff personally handed "officer Aron Cobbs" the wire on the ground " of the segregation Yard and told office Cobb, I am Not trying to Catch More time"

(6.) Plaintiff wasnt refusing to Come off the Segregation yard to harm staff, Plaintiff along with other residents, was Making a "1 Peaceful Protest, due to being fed inadequate food portions,

(7.) After Officers Made threatening Comments of Hurting Plaintiff, Plaintiff "Pulled wires off of fence of Segregation Yard, And then 10 mins after, disgarded them, and Handed them to officer Cobb.

\ 2.)

(8.) Plaintiff hasn't had any opportunity to review the Policy and Procedures of IMPP- USE of force, or Policy and Procedure of Chemical agents, Policy and Procedure of Pepperball Guns.

(9.) Plaintiff was told by a "SORT officer" at the Eldorado facility that there was NO Need for "Two officers to have pepperball Guns. (officer Jordan)

(10.) Plaintiff was told that COS spray could of been used instead of pepperball Guns. by "Soft officer Jordan) at the Eldorado Correctional Facility.

(11.) Plaintiff did ask to see Medical after Pepperball incident on July 4th 2025. via Sick-calls, for "back pains" and foot.

(12.) Plaintiff did receive Multiple shots to his upper torso, Back of Head, arms, Legs, and Buttock.

(3.)

(12.) Plaintiff was also told that as long as "Sort officer" Jordon worked for the kansas Department of Corrections, He has never Seen, "Two officers with pepperball guns, in <u>any</u> situation.

(13.) Officer Jordon on "SORT" also said that officers are trained to shoot 3 times wait, shoot 3 times, then wait, Anything After that, Officer would initiated physical force, take down.

I'am Ryan Cheatham and I am over the age of 18 yrs old. the facts in this Declaration are true and Correct.

Respectfully
Submitted

[signature]

(4.)