**FILED**
**U.S. District Court**
**District of Kansas**
04/22/2026
**Clerk, U.S. District Court**
**By:__JAL__Deputy Clerk**

IN THE UNITED STATES DIStrict Court
FOR THE DIStrict of kansas

Ryan Cheatham
    Plaintiff

V.

Tim Easley
    Defendant et al.

5:25-cv-03241-
-JWL-

submitted for E-file
4-21-26

1 of 4,
Exh. 1 form attached

Motion by Plaintiff for time Extention to respond to show cause order. Plaintiff's Motion to direct the kansas Department of Corrections to allow Plaintiff to (view only) the use of fore policy and policy and procedure on Chemical agents.

Comes Now Plaintiff and Respectfully Moves this Court to direct the kansas department of Corrections to allow Plaintiff review the following Policy and procedures in order to effectively respond to the order to show cause DOC 27. Plaintiff needs to review the following policy and procedures, in support plaintiff proffers;

(1.) Plaintiff was told "NO" he cannot revie k.D.O.c's Policy + Procedure on Use of force.

(2.) Plaintiff needs to establish that there didn't need to be "two shooters" using "Launcher projectiles Guns, Pepperball Chemical agents.

(3.) Plaintiff needs to Establish that officers using these projectiles, are required to fire "3" times wait then "3" more times, THEN proceed with a physical cell extraction

(4.) Unit-team Gali stated to Plaintiff on 4-20-26 that she Attempted to request that Plaintiff be allowed to (view only) the Policy and Procedure on "use of force" and Chemical agent use,

(5.) Plaintiff was informed by a "sort officer" Jordan at the eldorado Correctional facility that their was No need for two shooter, there hasn't been a situation that he can remember that required officers to use two pepperball gu officer Jordan also stated they are trained to Deploy "3 rounds, wait, then "3" rounds

2 of 4   (

fficer Jordan explained that after the
cond depolyment / volley of rounds officer
ususally required to initiate a cell extraction
way of physical contact.

) This new information is vital to plaintiff's
ims, and plaintiff's needs to provide this
idence to the courts and needs additional
e to be able to respond to the show cause order
. 27.

) Plaintiff would also ask this court to take
esposition from officer Jordan at the
lorado Correctional Facility or allow Plaintiff
, Because after this motion is filed with the
ts, Defendants Attorneys will try to silence
er Jordan, by telling him not to affirm
information relyed to plaintiff.

) Plaintiff as request courts to direct
the Kansas Department of Correction, about
at plaintiff's has presented as to what officer
rdan on "Sort" said,

3 of 4   (3.)

Therefore Plaintiff Needs to review the Policy and procedure on "use of force" the Chemical agents, and the deployment of Chemical agents, to have a fair chance of Surviving Screening, Plaintiff has request a Continuence as well to prepare his response to Show Cause. Plaintiff ask court to take deposition of Sort officer Jordan at the Eldorado Correctiona Facility, And or allow plaintiff too, Plaintiff ask for Any other relief, such as Oral argument etc, to support his position, as to needing this New information produce. Plaintiff therefore request this court to grant this Motion

Respectfully
Submitted

4 of 4.