**FILED**
U.S. District Court
District of Kansas

04/22/2026

Clerk, U.S. District Court
By: JAL Deputy Clerk

IN THE UNITED STATES DISTRICT court
FOR THE DISTrict of Kansas.

Ryan Cheatham
        Plaintiff

        V.

Tim Easley
        Defendants et.al

Case No 25-3241-JWL

Submitted
for E-file
4-22-26
1-10
Plus Exh.

Plaintiff's Response To the "order to show Cause, Doc 27. Plaintiff's request to appoint counsel, as Plaintiff "lacks evidence to fully respond to Doc "27, Aff. and Declaration in support.

Comes Now Plaintiff and hereby request in his response to the Courts Doc 27, that Courts appoint Counsel due to Plaintiff being a resident of the Kansas department of Correction, and Administration stating Plaintiff "Cannot posses" a Copy of vital information to Plaintiff's Claims as to the Policy and Procedures of "use of force", Chemical agents, operations of "Pepperball Guns". Plaintiff Cannot adequately respond to this order to show Cause why his Excessive force Claim shouldn't be dismissed with out being able to site these policys and Procedures, thus to not allow Plaintiff a fair Opportunity to respond, Prejudice Plaintiff.  (1

Plaintiff also needs to establish that officer Cobb Personally talked to plaintiff and Plaintiff personally Picked up the wires off the ground and handed officer cobb the wires and stated he would Not attack officers, he wasn't trying to Catch additional time, futher more officer Cobb, told Plaintiff" He wasn't going to issue Disciplinary report since he complied with giving up wires", these facts Cannot come to light without Discovery commencing and Plaintiff be allowed to serve Interrogatories, Plaintiff Needs to establish that the "force Used was "Unecessary" due to plaintiff Not having "Any weapons", After Officer Cobb had knowledge of Plaintiff Not having Any Weapons" The USE of force Measures Wasn't "Abated" The officers took No Measures to "TEMPER THE Severity of the force applied, in fact in got Worse as a planned physical cell extraction was Planned then later changed to the use of Chemical Agents "Pepperball Deployment" Plaintiff Needs to review Policy and Procedures Mentioned to Establish the "Culpable Mind State" of the officers and the Warden. Tim Easley. Plaintiff Needs Counsel to obtain these policy and Procedures to have a fair Chance to prevail on the Merits, as Plaintiff Cannot Posses these "Policy and Procedures, SEE Exhibit "NO" In Support Plaintiff futher Proffers;                    (2.)
This MEMORADUM In Support of Show cause order DOC 27