INMATE REQUEST TO STAFF MEMBER

To: _____     Date: _____
    (Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature          **To be retained by Inmate**

Cheatham

Inmate's Last Name Only

20000 64842

Inmate Number

**Form 9**
For Cellhouse Transfer
Work Assignment
Interview Requests

Please Sign
E-file
with papers

## KANSAS DEPARTMENT OF CORRECTIONS

## INMATE REQUEST TO STAFF MEMBER

To: Whitley / Gali                    Date: 4-21-26

MS Gali you stated that Administration told
you "No" to me looking over policy + procedure
of "use of force" chemical agents

Work Assignment: _____     Living Unit Assignment: C1 112

                                              Detail or C.H. Officer: _____

Comment: _____

Disposition: Yes. They told me "No"

—Galli

To: _____     Date: _____
    (Name & Number)

Disposition: _____

_____
Employee's Signature                          **To be returned to inmate**

Exhibit
"No"



2026-08-0001
Cont'd from Page 2

AAR. Discuss positive results and multiple staff negotiating and staff remaining patient. Work to improve amount of pepper balls used for force.

Exhibit "2"

States "work to improve amount of pepper balls used for force"

Use of Force
Larned 7-4-25,
Submitted for E-file
2-22-26

# AFFidavit

Comes now Ryan Cheatham 20000 64842, being duly sworn and states under the penalty of perjury that the foregoing are true and Correct.

On July 4th 2025. While at the Larned Correctional Facility on the Segregation Yard, Prior to the incident when officer shot me with my hand: up and my back facing them, officer Cobb came and talked to me, and I told him "I wasn't trying to Catch more time, I wasn't trying to fight the officer I gave him the wire from fence That was located on the ground when officer Cobb came out to talk to me. The wires wasn't in my possession. I was seen by nurse williams and believed I was ok until I starte having sharp stabbing pains in my Back and in my foot. I also been having flash backs of the incident and been talking with Mental Health.

Ryn Cheat         20000 64842

NOTARY PUBLIC - State of Kansas
ALLISON AUSTIN
My Appt Expires

# Health Services Request Form

Submitted for E-file
2-22-26
B00246 (Doo)

| For Medical Use Only |
| --- |
| Sólo para uso médico |

| Date Received: | 7-16-25 |
| --- | --- |
| Time Received: | 0100 |

Print Name (Imprimir nombre): Ryan Cheatham

Date of Request: 7-16-25

Date of Birth (Fecha de nacimiento): 4-8-85

ID #: 96193

Housing Location (Ubicación de la vivienda): _____

Nature of problem or request (Naturaleza del problema o solicitud): I am have sharp pains in my back and down to my left foot when I have certain ways.

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

☐ Routine    ☐ Urgent    ☐ Emergent

Triaged by: _____

Date: 7-16-25    Time: 0100

Date of Face-to-Face Visit: _____

Other: _____

Response Recommendation (to be completed by Medical Staff only)

| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| --- | --- | --- | --- | --- | --- | --- |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge    ☐ $2.00

Comments: Exhibit sick-call H

Staff Signature                                    Date

Exhibit sick call 1

Centurion: REC-013KS
07/01/2020

centurion.

# Health Services Request Form

*Submitted for E file*
*2-22-26*
*Received Care*

| For Medical Use Only<br>Sólo para uso médico | |
|---|---|
| Date Received: | 7-20-25 |
| Time Received: | 2330 |

Print Name (Imprimir nombre): Ryan Cheatham

Date of Request: 7-20-25

ID #: 96193    Date of Birth (Fecha de nacimiento): 4-8-85

Housing Location (Ubicación de la vivienda): _____

Nature of problem or request (Naturaleza del problema o solicitud): Need to been seen for pain in back sharp pains, during movement Muscle rub Not working at All. Follow up.

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presenter un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

_____
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: Kruger, RN    ☑ Routine  ☐ Urgent  ☐ Emergent

Date: 7/20/25    Time: 2330

Date of Face-to-Face Visit: 7/21/25

Other: _____

Response Recommendation (to be completed by Medical Staff only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☑ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☑ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge  ☐ $2.00

Comments: _____

_____          7/21/25
Staff Signature                          Date

*Exhibit sick-call # 2*

Centurion: REC-013KS
07/01/2020

centurion

# Health Services Request Form

Submitted for C file
2-22-26
Received (illegible)

| For Medical Use Only<br>Sólo para uso médico | |
|---|---|
| Date Received: | 7-18-25 |
| Time Received: | 0100 |

Print Name (Imprimir nombre): Ryan Cheatham

Date of Request: 7-16-25                    Date of Birth (Fecha de nacimiento): 4-8-89

ID #: 96143

Housing Location (Ubicación de la vivienda): _____

Nature of problem or request (Naturaleza del problema o solicitud): I need to speak to mental Health Rights, I having nightmares and Flashbacks of July 4th 2025 use of Force and current case.

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: LRN                          ☑ Routine    ☐ Urgent    ☐ Emergent

Date: 7-18-25                  Time: 0100

Date of Face-to-Face Visit: _____

Other: _____

Response Recommendation (to be completed by Medical Staff only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge    ☐ $2.00

Comments: Will F/U with Miss Boger and let Mr. Cheatham know the answer to what he is req

Karen Creamer, LMFT                          7-17-25

Staff Signature                                    Date

Exhibit sick-call B

Exhibit sick call

Centurion: REC-013KS
07/01/2020

centurion