FILED
U.S. District Court
District of Kansas
04/22/2026
Clerk, U.S. District Court
By: _JAL_ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE District of Kansas

Ryan Cheatham
    Plaintiff

    V.

Tim Easley    et al.
    Defendants

5:25-CV-03241-JWL

Submitted for E-file
4-17-26.

1 of 1

Plaintiff's Motion and Objection to the Courts "order to show good cause" re "DOC 27. And Doc .11. Plaintiff's Motion To stay proceeding pending Plaintiff's Motion and objection to the Denials of DOC. 15, 17, 19, 21, 23, 25 and 26. Plaintiff request for findings of Facts and Conclusion of Law regarding the Denail of DOC, 15, 17, 19, 21, 23, 25 and 26.

Comes Now Plaintiff and hereby Objects to the Courts order to show good cause DOC 27. for reason of plaintiff's request to make finds of Fact and Conclusion of Law, Plaintiff request a stay pending his Motion and plaintiff ask court to make findings of fact and Conclusion of Law why plaintiff's Summary Judgment Motion was disregarded and his Motion for default judgment.

Therefore Plaintiff objects to the order to show good cause, DOC 27, Plaintiff request court to Make findings of Fact and Conclusion of Law on all mentioned DOCS. And Request a stay of Proceedings pending the outcome of plaintiffs request.

Respectfully Submitted

(1)