**FILED**
**U.S. District Court**
**District of Kansas**
**04/22/2026**

**Clerk, U.S. District Court**
**By:__JAL__Deputy Clerk**

IN THE UNITED STATES DISTRICT COURT

FOR THE District of Kansas

Ryan Cheatham
        plaintiff

        V.

Tim Easley    et al.
        Defendant

Case# 25-3241-JWL

Submitted for
E-file 4-22-26.

Motion And Objection To the courts Findings in the Martinez Report Doc 27. Plaintiff's Motion for relief from a Judgment or order. Chapter 60 Fed.R. Civ.P.

Comes Now Plaintiff and hereby Objects to the Courts findings in the Martinez Report as "Clerical" or Mistakes in the record as to the events that transpired on the "use of force" video by the courts, In support plaintiff proffers;

(1.) Under Section III. Discussion by the courts. The Courts Makes "clerical Mistakes as to the events of the use of force that transpired.

(1)

2.) The Courts Position of how the shots were fired is Contrary to the <u>video footage</u>, The officers yell to plaintiff "are you going to cuff up and began firing Simultaneously while asking Plaintiff Would he cuff up, There wasn't time in between, the officers Commands and the Shots fired, officers are Shooting Plaintiff then asking "You gonna cuff up. like whipping Plaintiff with a "lash" or whip. each lash officer asked "You gonna cuff up. And they fired a total of 12 times at first.

(3.) Plaintiff didn't say Its Nothing Personal he's making a Statement. He also didn't state this After the first volley of pepperballs, Plaintiff stated He knows everyone has a job to do, He aint tryna fight them, this was before first volley of pepperballs was fired,

(4.) Plaintiff did state "round two what we doing, Plaintiff <u>Never</u> laughed after stating "round two",

(2.)

(5.) Officers dont "SAY" they giving Plaintiff another chance to cuff up" Plaintiffs back is towards officers as they yell "ARE You going to cuff up, And fire Simultaneously", again as if whipping / lashing Plaintiff while saying are you going to cuff up.

(6.) Plaintiff didn't have wires wrapped around his hands ready for Sort as there is No video footage showing Any wires wrap around Plaintiffs hands and Plaintiff gave the wires to officer Cobb long before Negotiations started and — Plaintiff told officer Cobb he wasn't trying to catch More time, in prison, And the wires got picked up off the ground and handed to officer Cobb, this wasn't included in Any Report, And cannot be brought to light until the Commence of Discovery, when plaintiff can serve Interrogatories.

(3.)

(7.) Plaintiff plead guilty to disobeying orders and threatening and intimidating due to having wires at one point before Negotiations started, Please Not the disobeying orders was for Not cuffing up and threatening And or intimidating was for having Wires Not Making Any threats towards staff, Plaintiff didn't receive a Disciplinary Report for "Dangerous Contraband" "90", 44-12 "901" weapons, Because Plaintiff Never had a weapon Involving the "use of force.

(8.) Therefore Plaintiff objects to the findings of the court DOC 27, and request relief under Chapter 60(b) And Any other relief from the order DOC 27 Plaintiff plans to file a Official Response However, so plaintiff aint prejudice the courts Need to fix these Mistakes

Respectfully
Submitted

(4.)