IN THE UNITED STATES DISTRICT COURT
For the DISTRICT OF KANSAS.

FILED
U.S. District Court
District of Kansas
04/22/2026
Clerk, U.S. District Court
By: JAL Deputy Clerk



Ryan Cheatham
plaintiff
V.
Tim Easley
Defendants et al.

5:25-CV-03241-JWL

Submitted for e-file on 4-17-26

Plaintiffs Motion and Objection to the Denials of Doc. 15, 17, 19, 21, 23, 25 and 26.

Comes now Plaintiff and hereby Objects the Courts denials of Doc, 15, 17, 19, 21 23, 25, and 26, and asserts that the rulings /orders are clear error, Contrary to Law and an abuse of Discretion, plaintiff also states that the Defendants provided Martinez Report submitted Contained, fraud, and by way of Extrinsic evidence, Affidavits submitted in bad faith and Misrepresentation of facts. Plaintiff also objects to the denial of his Summary judgment Motion and Memorandum in support, as a clear error and Contray to law. Plaintiff is allowed to move for Summary judgment at ANY Time, under federal rules, 56 ). Just like Defendants Did in Case Cheatham v. Jesse Howes 5:25-cv-03091-JWL | Doc 79 1. These

Defendants Didn't Contest Plaintiff's Summary Judgment Motion in a timely fashion and according to federal rules of procedure, After 21 days, a party May Move for Default judgment as Plaintiff did. INSTEAd! This Court erroneously, and with an abuse of Discretion, Makes a ruling against LAW.

The Law of a right to Move for Summary Judgment and, a right to Move for Default Judgment under Federal rules of civil procedure.

IN CASE Cheatham V. Howes 5:25-CV-03091-JWL, This Court granted defendants Motion for a time Extention DOC. 97 and DOC 95. within a few days after defendants filed there Motion and plaintiff didn't have a chance to contest the Motion before it got granted, as plaintiff asserts He wasn't given that Defendants Motion requesting their time Extention until the actual date of their deadline to have their response in, 4-7-26., by this time their Motion had been granted. For Appellate Purpose. Please SEE Cheatham V. Debeke 22:3132, Plaintiffs Objection to Defendants request of For time Extention to file their Summary Judgment Motion DOC. 271, re DOC. 272, Also See DOC. 274, granting their time Extention.

• These Courts Continue to favor All defendants in these Cases by Aiding their litigations and Making rulings against Law and against the Law, Abusing there discretion, and Tactically!

Therefore Plaintiff Objects to All Mentioned rulings and for the reason set forth, Plaintiff also ask this Court to Make a Finding of Facts and Conclusion of Law on All Mentioned Denials and rulings, as well as this Objection. Plaintiff again request a different Judge or different Venue, as there is Clearly Manifest Injustice present in All plaintiff's litigations pending in the District court. Respectfully Submitted