# IN THE UNIted STATES District Court
# For THE District of Kansas

FILED
U.S. District Court
District of Kansas
06/01/2026
Clerk, U.S. District Court
By: JAL Deputy Clerk

Ryan Cheatham
Plaintiff

5:25-CV-03241-JWL-

V.

Tim Easley
Defendant

~~under the~~

Motion to Release use of force video on July 4th of 2025. at Larned correctional. Pursuant to the FREEDOM OF INFORMATIONS "ACT"

Comes Now Plaintiff Ryan Cheatham in the foregoing case and Request under the Freedom of informations Act, FOR plaintiff To be allowed His own copy of the use of Force incident video footage, during Active use of force, and pictures of injury. the other part showing plaintiff with No cloths is Irrelevant, and plaintiff being taking to Contamination shower is irrelevant. There fore plaintiff wants His own copy provided and or emailed to his person of choice. (1.)

Respectfully submitted