**FILED**
**U.S. District Court**
**District of Kansas**
06/29/2026
**Clerk, U.S. District Court**
**By: SND Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**RYAN CHRISTOPHER CHEATHAM,**

**Plaintiff,**

**v.** **CASE NO. 25-3241-JWL**

**TIM EASLEY, et al.,**

**Defendants.**

**ORDER**

Plaintiff, Ryan Christopher Cheatham, who is currently incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas, brings this pro se civil rights case under 42 U.S.C. § 1983. The Court granted Plaintiff leave to proceed in forma pauperis. On December 22, 2025, the Court entered a Memorandum and Order (Doc. 6) ("M&O) finding that the proper processing of Plaintiff's claims cannot be achieved without additional information from appropriate Kansas Department of Corrections ("KDOC") officials and ordering the preparation of a *Martinez* Report. The KDOC has filed the *Martinez* Report (Doc. 11) (the "Report"). On June 4, 2026, the Court entered a Memorandum and Order (Doc. 37) granting the KDOC until July 6, 2026, to supplement the Report. This matter is before the Court on the KDOC's Motion to File Under Seal Exhibit C to Exhibit 2 to the Supplemental Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 39).

The motion provides that Exhibit C is training information, and its disclosure would present a security issue and would impact the effectiveness of the use of the pepper ball device if Plaintiff, or any inmate, had access to the information. (Doc. 39, at 2.) Therefore, for security reasons Plaintiff will not be allowed to view or possess this information. The motion seeking to seal

Exhibit C is granted. Any attorney who obtains access to the information shall not provide the information or any part of it to Plaintiff without authorization of the Court.

The Court's Memorandum and Order provides that "[i]f a supplement is filed, Plaintiff will be given an opportunity to supplement his response to address the supplement to the Report." (Doc. 37, at 3–4.) Therefore, the Court will grant Plaintiff an opportunity to respond to the supplement at Doc. 38. Plaintiff should refrain from filing any pleadings other than his supplemental response addressing the supplement to the Report at Doc. 38.

**IT IS THEREFORE ORDERED BY THE COURT** that the Motion to File Under Seal Exhibit C to Exhibit 2 to the Supplemental Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 39) is **granted.**

**IT IS FURTHER ORDERED** that Exhibit C to Exhibit 2 to the Supplemental *Martinez* Report shall be filed under seal and shall not be provided to Plaintiff.

**IT IS FURTHER ORDERED** that the Clerk is directed to remove the provisional designation from Docs. 39 and 40.

**IT IS FURTHER ORDERED** that Plaintiff is granted until **July 29, 2026**, to file a supplemental response to the supplement to the Report at Doc. 38.

**IT IS SO ORDERED**.

**Dated June 29, 2026, in Kansas City, Kansas.**

**S/ John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**