**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **RYAN CHRISTOPER CHEATHAM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 25-3241-JWL** |
| | ) | |
| **TIM EASLEY, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL AND ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL**

Scott G. Nading and Davida L. Ogletree respectfully request their withdrawal of his name as counsel of record for Defendants R. Bieberle, A. Hopkins, A. Cobb, J. Ford, J. Graham, and Tim Easley.

First Assistant Attorney General Lisa D. Montgomery respectfully requests the Court to enter her appearance as lead counsel of record for Defendants R. Bieberle, A. Hopkins, A. Cobb, J. Ford, J. Graham, and Tim Easley.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Lisa D. Montgomery*
Lisa D. Montgomery KS #18243
First Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 296-2215
Fax: (785) 291-3767
Email: lisa.montgomery@ag.ks.gov
*Attorney for Defendants*

*/s/ Scott G. Nading*
Scott G. Nading, KS #29665

*/s/ Davida L. Ogletree*
Davida L. Ogletree, KS #31004

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July, 2026, I electronically filed the foregoing with the Court using the CM/ECF system, which will send notice of electronic filing to the following:

Natasha M. Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
Natasha.Carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

Jon D. Graves
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504
Jon.Graves@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy was sent to Plaintiff *pro se* by ordinary mail addressed to:

Ryan Christopher Cheatham #2000064842
El Dorado Correctional Facility-Central
1737 US-54
P.O. Box 311
El Dorado, KS 67042

*/s/ Lisa D. Montgomery*
Lisa D. Montgomery