IN THE UNITED STATES District Court
FOR THE District of Kansas

**FILED**
U.S. District Court
District of Kansas
07/31/2026
Clerk, U.S. District Court
By: JAL Deputy Clerk

Ryan Cheatham
plaintiff

v.

Tim Easley et al.

5:25-CV-03241-JWL

Submitted for E-File 7-28-26.

Plaintiff's Motion for injunction / And or Temporary Restraining order.
Kansas Department of Corrections Has Seized All Plaintiff's Legal documents, and property on 7-28-26.

Comes Now Plaintiff and Hereby request immediate relief from courts, As plaintiff's Legal documents Have been seized by Kansas Department of Corrections and All plaintiff's property.
In support plaintiff futher proffers;

(1.) plaintiff has demonstrated through previous responses to Martinez Report that plaintiffs case Has Merit, the latest documents showed that officers are to fire 3-5 times with more then two tacticle pauses.

(2.) The officers admited to firing 12 times and 55 times.

(3.) plaintiff's legal documents and all personal property has been seized by Kansas Department of corrections.

(4.) plaintiff i's be deliberately targeted by kansas department of corrections.

(5.) kansas department of corrections Administration Continues to abuse a policy/directive forcing inmates to accept cellmates or lose their property. plaintiff has accepted multiple cellmates recently and has only been without a cellmate no longer then a week. Administration is threatening to Harm plaintiff by assembling a Sort-team to come and attack plaintiff If he doesnt accept a None compatible cellmate. These people are devils and plaintiff needs a Lawyer and request oval argument

Therefoe plaintiff prays for Any Relief

Respectfuly Submitted