IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Ryan Cheatham
plaintiff
v.
Tim Easley
Defendants et. al

5:25-cv-03241-

FILED
U.S. District Court
District of Kansas
08/11/2026
Clerk, U.S. District Court
By: JAL Deputy Clerk

MOTION and Request for Permission to Amend Complaint to add defendants Deputy warden Clark, Sort officer Aarons and whoever approved use of force on July 30, 2026.

Comes Now Plaintiff and Hereby Request permission to Amend His complaint to add defendants Aaron / sort officer at E.D.C.F, Deputy warden clark, and who approved plaintiff being shot in Hand cuffs on July 30, 206 at E.D.C.F. As there is a Common violation of Law for joiner Defendants

Therefore Plaintiff Request Relief

Respectfully
Submitted

[signature]