IN THE UNITED STATES District Court
FOR THE District of Kansas

FILED
U.S. District Court
District of Kansas
08/11/2026
Clerk, U.S. District Court
By: JAL Deputy Clerk

Ryan Cheatham
Plaintiff

5:25-CV-03241

V.

Tim Easley

Plaintiff's
Supplemental Motion For injunction / TRO.

Comes Now Plaintiff and Hereby files this supplemental Motion for injunction / TRO, in support plaintiff proffers;

(1.) on July 30, 2026, At the Eldorado Correctional Facility, Plaintiff while Hand cuffed / Restrained was shot with pepperball gun by "Sort officer Aarons.

(2.) Plaintiff was also in a inside cell.

Therefore plaintiff request Relief from courts.

Respectfully Submitted [signature]