IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Ryan Cheatham
plaintiff
V.
Tim Easley
Defendant et al

5:25-cv-03241

FILED
U.S. District Court
District of Kansas
10/23/2026
Clerk, U.S. District Court
By: MSB Deputy Clerk

Plaintiff's Motion for judicial Notice and Plaintiff's Request for Courts to consider Sua Sponte Summary judgment in favor of plaintiff. (Oral Argument Requested) (Evidentiary Hearing Requested)

Comes now Plaintiff Ryan Cheatham prose and hereby respectfully moves this court to take judicial Notice on the following documents / exhibits. Plaintiff also respectfully request this court to Consider entering Sua sponte Summary judgment in favor of plaintiff as plaintiff can Establish that there is No genuine disputes of fact trial necessary and plaintiff is entitled to Summary Judgment as a matter of Law, futhermore, to Save judicial Resources. In support plaintiff proffers;

(1.) Exhibit A, shows that this Vendor that K.D.O.C staff stated in there supplemental

Response to the Martinez Report Doc 38, Doc 39. that sort officers utilizing the pepperball projectile guns are required to fire 3-5 times, and to justify each deployment. also to tactically pause between each deployment; And states to consider area saturation first by impacting surrounding objects like walls, ground, automobile, and trees. In the present situation there was a total of 67 shots fired at plaintiff. SEE Affidavit of officer Hopkins #9.

(2.) Plaintiff's Affidavit and inmate Darren pruit's Affidavit; shows How plaintiff was directed to uncovering the evidence of the required amount of pepperballs suppost to be used.

(3.) Exhibit "Z" of Plaintiff's first Response to the Martinez Report (Doc 18) shows that even officer Cobb stated work to improve, "Amount of pepperballs used."

-Conclusion- There was 67 shots fired Towards Plaintiff, there is no way to determine How many shots impacted plaintiff, and 55 shots fired at Plaintiff by officer Hopkins shows his malicious intent to cause Harm to plaintiff, futhermore

He even Claims he stepped back and fired rapidly so that I couldn't grab his Gun, despite Plaintiff being inside a Fenced Cage next to him and plaintiff's Back facing him. the Construction of the Fenced Cage wouldn't allow plaintiff to ever be able to grab his Gun, this was a lie to cover up His intent, and to justify The deployment of 55 projectiles.

Plaintiff ask this court to take Judicial Notice on these documents / exhibits and consider Sua Sponte Summary judgment as on these set of facts No genuine disputes of fact for trial is necessary, incident is also on video. No Need to waste judicia Resources.

Respectfully
Submitted

[signature]