IN the united States District Court
FOR THE District of kansas

Ryan Cheatham
plaintiff
v.
Tim Easley et al

5:25-cv-03241

FILED
U.S. District Court
District of Kansas
11/06/2026
Clerk, U.S. District Court
By: KGS Deputy Clerk

Motion and Objection to defendants Motion and Request for time extention Doc 59.

Comes Now plaintiff and hereby Objects to the defendants request for time extention as defendants had plenty of time to respond to the Courts order. this is a stall tactic And plaintiff request this request be denied

Respectfully Submitted

[signature]